# In the United States Court of Appeals
## FOR THE FIFTH CIRCUIT
_____

No. 22-50951

UNITED STATES OF AMERICA,
PLAINTIFF-APPELLEE
v.
JOSE GUADALUPE DIAZ-DIAZ,
DEFENDANT – APPELLANT
consolidated with
No. 22-50956

UNITED STATES OF AMERICA,
PLAINTIFF-APPELLEE
v.
MARTIN PEREZ MARRUFO,
DEFENDANT – APPELLANT
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

## RECORD EXCERPTS OF JOSE DIAZ-DIAZ

Philip J. Lynch
Law Offices of Phil Lynch
17503 La Cantera Parkway
Suite 104-623
San Antonio, Texas 78257
(210) 378-3114
Attorney for Appellant

# TABLE OF CONTENTS

| Number | Description | Record Citation |
|---|---|---|
| 1 | Docket Sheet 3: 10-CR-02213-KC-8 | ROA.3379-3410 |
| 2 | Third Superseding Indictment March 19, 2012 | ROA.275-331 |
| 3 | Jury Verdict September 16, 2022 | ROA.708-15 |
| 4 | Judgment and Commitment Order, October 30, 2022 | ROA.725-33 |
| 5 | Notice of Appeal, October 31, 2022 | ROA.734-35 |

Record Excerpt 1

APPEAL,CLOSED,COMPLEX,INTERPRETER

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
## CRIMINAL DOCKET FOR CASE #: 3:10-cr-02213-KC-8

Case title: USA v. Guajardo Lopez et al

Date Filed: 08/18/2010

Other court case numbers:  USCA# 22-50951 United States Court
of Appeals
USCA# 22-50956

Assigned to: Judge Kathleen Cardone

### Defendant (8)

**Jose Guadalupe Diaz Diaz**
*also known as*
Zorro
*TERMINATED: 10/30/2022*
*also known as*
79
*TERMINATED: 10/30/2022*
*also known as*
80
*TERMINATED: 10/30/2022*
*also known as*
Jose Guadalupe Diaz
*TERMINATED: 10/30/2022*

represented by **Jose Guadalupe Diaz Diaz**
PRO SE

**Art Werge**
Werge Law Firm PLLC
1413 Montana
El Paso, TX 79902
915-204-2582
Fax: 866-585-8459
Email: wergelaw@gmail.com
*TERMINATED: 11/01/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Louis E. Lopez , Jr.**
Attorney at Law
416 N. Stanton Fourth Floor
Suite 400
El Paso, TX 79901
(915) 543-9800
Fax: (915) 543-9804
Email: llopez@lelopezlaw.com
*TERMINATED: 11/10/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Philip J. Lynch**
Law Offices of Phil Lynch
17503 La Cantera Parkway
Suite 104-623
San Antonio, TX 78257
(210) 378-3114

Email: LawofficesofPhilLynch@satx.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1962(d)--- CONSPIRACY TO CONDUCT THE AFFAIRS OF AN ENTERPRISE THROUGH A PATTERN OF RACKETEERING ACTIVITY<br>(1ss) | SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 AS TO CT 4ss TO BE SERVED CONCURRENTLY WITH CTS 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED TO LIFE IMPRISONMENT AS TO CTS 6ss-8ss TO BE SERVED CONSECUTIVELY; 5 YEARS NON-REPORTING SUPERVISED RELEASE AS TO CTS 6ss-8ss TO BE SERVED CONCURRENTLY; S/A $100.00 ($300 TOTAL) |
| 21:846---CONSPIRACY TO DISTRIBUTE AND POSSESS WITH THE INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE<br>(2ss) | SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 AS TO CT 4ss TO BE SERVED CONCURRENTLY WITH CTS 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED TO LIFE IMPRISONMENT AS TO CTS 6ss-8ss TO BE SERVED CONSECUTIVELY; 5 YEARS NON-REPORTING SUPERVISED RELEASE AS TO CTS 6ss-8ss TO BE SERVED CONCURRENTLY; S/A $100.00 ($300 TOTAL) |
| 21:963---CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES<br>(3ss) | SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 AS TO CT 4ss TO BE SERVED CONCURRENTLY WITH CTS 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED TO LIFE IMPRISONMENT AS TO CTS 6ss-8ss TO BE SERVED CONSECUTIVELY; 5 YEARS NON-REPORTING SUPERVISED RELEASE AS TO CTS 6ss-8ss TO BE SERVED CONCURRENTLY; S/A $100.00 ($300 TOTAL) |

| | |
|---|---|
| 18:1956(h)--- CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS (4ss) | SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 AS TO CT 4ss TO BE SERVED CONCURRENTLY WITH CTS 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED TO LIFE IMPRISONMENT AS TO CTS 6ss-8ss TO BE SERVED CONSECUTIVELY; 5 YEARS NON-REPORTING SUPERVISED RELEASE AS TO CTS 6ss-8ss TO BE SERVED CONCURRENTLY; S/A $100.00 ($300 TOTAL) |
| 18:956(a)(1)---CONSPIRACY TO KILL PERSONS IN A FOREIGN COUNTRY (5ss) | SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 AS TO CT 4ss TO BE SERVED CONCURRENTLY WITH CTS 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED TO LIFE IMPRISONMENT AS TO CTS 6ss-8ss TO BE SERVED CONSECUTIVELY; 5 YEARS NON-REPORTING SUPERVISED RELEASE AS TO CTS 6ss-8ss TO BE SERVED CONCURRENTLY; S/A $100.00 ($300 TOTAL) |
| 18:924(c)&(j)---MURDER RESULTING FROM THE USE AND CARRYING OF A FIREARM DURING AND IN RELATION TO CRIMES OF VIOLENCE AND DRUG TRAFFICKING (6ss-8ss) | SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 AS TO CT 4ss TO BE SERVED CONCURRENTLY WITH CTS 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED TO LIFE IMPRISONMENT AS TO CTS 6ss-8ss TO BE SERVED CONSECUTIVELY; 5 YEARS NON-REPORTING SUPERVISED RELEASE AS TO CTS 6ss-8ss TO BE SERVED CONCURRENTLY; S/A $100.00 ($300 TOTAL) |
| 18:1959(A)(1)---MURDER IN AID OF RACKETEERING ACTIVITY (9ss-11ss) | SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED |

RELEASE; S/A $100.00 AS TO CT 4ss TO BE
SERVED CONCURRENTLY WITH CTS 1ss, 2ss,
3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED
TO LIFE IMPRISONMENT AS TO CTS 6ss-8ss TO
BE SERVED CONSECUTIVELY; 5 YEARS
NON-REPORTING SUPERVISED RELEASE AS
TO CTS 6ss-8ss TO BE SERVED
CONCURRENTLY; S/A $100.00 ($300 TOTAL)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 18:1962(d) Conspiracy to Conduct the Affairs of an Enterprise through a Pattern of Racketeering Activity (1) | DISMISSED, WITHOUT PREJUDICE |
| 18:1962-7480.F---Conspiracy to Conduct the Affairs of an Enterprise through a Pattern of Racketeering Activity (1s) | DISMISSED, WITHOUT PREJUDICE |
| 18:1959 (a)(1) Murder in Aid of Racketeering Activity (2-4) | DISMISSED, WITHOUT PREJUDICE |
| 21:846=CP.F---Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances (2s) | DISMISSED, WITHOUT PREJUDICE |
| 21:963=CI.F---Conspiracy to Import Controlled Substances (3s) | DISMISSED, WITHOUT PREJUDICE |
| 18:1956(h)---Conspiracy to Launder Monetary Instruments (4s) | DISMISSED, WITHOUT PREJUDICE |
| 18:956(a)(1) -- Conspiracy to Kill Persons in a Foreign Country (5-7) | DISMISSED, WITHOUT PREJUDICE |
| 18:956(a)(1)---Conspiracy to Kill Persons in a Foreign Country (5s) | DISMISSED, WITHOUT PREJUDICE |
| 18:924(c) & (j)---Murder Resulting from the Use and Carrying of a Firearm During and in Relation to Crimes of Violence and Drug Trafficking (6s-8s) | DISMISSED, WITHOUT PREJUDICE |

| | |
|---|---|
| 18:924(c)-- Use and Carrying of a Firearm During and in Relation to a Crime of Violence (8) | DISMISSED, WITHOUT PREJUDICE |
| 18:924(j)--- Murder Resulting from the Use and Carrying of a Firearm During and in Relation to a Crime of Violence (9-11) | DISMISSED, WITHOUT PREJUDICE |
| 18:1959(a)(1)---Murder in Aid of Racketeering Activity (9s-11s) | DISMISSED, WITHOUT PREJUDICE |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                              **Disposition**

None

---

**Plaintiff**

**USA**                          represented by    **Duty AUSA-El Paso**
                                                   U.S. Attorney's Office
                                                   Email: usatxw-ecfepduty@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Anna Elizabeth Arreola**
                                                   U.S. Attorney's Office
                                                   700 E. San Antonio, Suite 200
                                                   El Paso, TX 79901
                                                   (915) 534-6884
                                                   Email: anna.arreola@usdoj.gov
                                                   *TERMINATED: 12/06/2021*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Retained*

                                                   **Brian Skaret**
                                                   United States Department of Justice
                                                   Criminal Division, Human Rights and
                                                   Special Prosecutions Sec
                                                   1301 New York Ave, NW
                                                   Ste 200
                                                   Washington, DC 20530
                                                   Email: brian.skaret@usdoj.gov
                                                   *TERMINATED: 12/06/2021*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Retained*

**Christina Leigh Taylor**
Department of Justice
Criminal Division, OCGS
1301 New York Ave., NW
Washington, DC 20530
(202) 679-1034
Email: christina.taylor@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary W. Wright**
U.S. Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
512-687-0820
Fax: 210-384-7247
Email: kristy.callahan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George Leal**
Assistant U.S. Attorney
700 E. San Antonio
Suite 200
El Paso, TX 79901
(915) 534-6884
Fax: (915) 534-6024
Email: george.leal@usdoj.gov
*TERMINATED: 06/29/2012*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jay Alan Bauer**
U.S. Department of Justice, Criminal
Division
1301 New York Ave., NW, Ste 200
Washington, DC 20005
202-353-0228
Email: Jay.Bauer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Sergei Ganz**
United States Attorney's Office, WD-TX
700 East San Antonio, Suite 200
El Paso, TX 79901
915-534-6884
Email: john.ganz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Gibson**
Assistant U.S. Attorney
601 NW Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7100
Fax: (210) 384-7276
Email: John.Gibson3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Curtis Hanley**
U.S. Department of Justice
1301 New York Ave., Suite 700
Washington, DC 20530
202-255-6554
Email: john.hanley@usdoj.gov
*TERMINATED: 12/06/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jose Luis Acosta**
U.S. Attorney's Office
700 E. San Antonio St.
Suite 200
El Paso, TX 79901
(915) 534-6884
Fax: 915/534-3418
Email: Jose.Acosta2@usdoj.gov
*TERMINATED: 03/28/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph A. Cooley**
United States Department of Justice
Criminal Division, Gang Unit
10th & Constitution Ave, NW
Washington, DC 20530
Email: joseph.cooley@usdoj.gov
*TERMINATED: 12/06/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph H. Gay , Jr.**
Assistant U.S. Attorney
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7030
Fax: 210 384-7031

Email: Joseph.Gay@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia Aguayo**
U.S. Attorney's Office
700 E. San Antonio Ave.
Suite 700
El Paso, TX 79904
(915) 534-3480
Email: patricia.aguayo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Gregory Garcia**
Assistant U.S. Attorney
700 E. San Antonio Street
Suite 200
El Paso, TX 79901
(915) 534-6884
Fax: 915/534-3462
Email: stephen.garcia@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven E. Seward**
U.S. Attorney's Office
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
210-384-7259
Fax: 210-384-7247
Email: steven.seward@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Richard Spitzer**
Assistant U.S. Attorney
700 E. San Antonio
Suite 200
El Paso, TX 79901
(915) 534-6884
Fax: 915/534-6024
Email: steven.r.spitzer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd R. Keagle**
United States Attorney's Office
601 N.W. Loop 410
Suite 600
San Antonio, TX 78216
(210) 384-7138
Fax: (210) 384-7247

Email: Todd.Keagle@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2011 | 17 | MOTION to Seal Indictment/Information by USA as to Jose Guadalupe Diaz. (mc4, ) (Entered: 01/11/2011) |
| 01/05/2011 | | Case as to Alberto Payan Nunez, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz, Martin Perez Marrufo, Miguel Angel Nevarez Assigned to Judge Kathleen Cardone. (mc4, ) (Entered: 01/11/2011) |
| 01/05/2011 | 29 | ORDER GRANTING 17 Motion to Seal Indictment/Information as to Jose Guadalupe Diaz (8). Signed by Judge Richard P. Mesa. (mc4, ) (Entered: 01/11/2011) |
| 01/05/2011 | 34 | SEALED SUPERSEDING INDICTMENT (Redacted Version) filed Unredacted document sealed pursuant to E-Government Act of 2002 as to Enrique Guajardo Lopez (1) count(s) 1s, 2s-4s, 5s-7s, 8s, 9s-11s, Jose Antonio Acosta Hernandez (2) count(s) 1, 2-4, 5-7, 8, 9-11, Eduardo Ravelo (3) count(s) 1, 2-4, 5-7, 8, 9-11, Luis Mendez (4) count(s) 1, 2-4, 5-7, 8, 9-11, Arturo Gallegos Castrellon (5) count(s) 1, 2-4, 5-7, 8, 9-11, Ricardo Valles De La Rosa (6) count(s) 1, 2-4, 5-7, 8, 9-11, Alberto Payan Nunez (7) count(s) 1, Jose Guadalupe Diaz (8) count(s) 1, 2-4, 5-7, 8, 9-11, Martin Perez Marrufo (9) count(s) 1, 2-4, 5-7, 8, 9-11, Luis Humberto Hernandez Celis (10) count(s) 1, 2-4, 5-7, 8, 9-11, Miguel Angel Nevarez (11) count(s) 1, 2-4, 5-7, 8, 9-11, Joel Abraham Caudillo (12) count(s) 1. (mc4, ) (Entered: 01/11/2011) |
| 01/05/2011 | 42 | (REDACTED) SUPERSEDING INDICTMENT by USA as to Jose Guadalupe Diaz (mc4, ) (Entered: 01/11/2011) |
| 01/05/2011 | 54 | Personal Data Sheet (Redacted) by USA as to Jose Guadalupe Diaz (mc4, ) (Entered: 01/11/2011) |
| 01/05/2011 | 66 | ORDER FOR ISSUANCE OF Bench Warrant as to Jose Guadalupe Diaz. Signed by Judge Richard P. Mesa. (mc4, ) (Entered: 01/11/2011) |
| 01/07/2011 | 78 | Arrest Warrant Issued by Judge Richard P. Mesa as to Jose Guadalupe Diaz. (mc4, ) (Entered: 01/11/2011) |
| 01/19/2011 | 85 | MOTION for Limited Unsealing and Disclosure of the Un-Redacted Sealed Superseding Indictment by USA as to Enrique Guajardo Lopez, Alberto Payan Nunez, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz, Martin Perez Marrufo, Miguel Angel Nevarez. (mc4, ) (Entered: 01/20/2011) |
| 02/09/2011 | 95 | MOTION to Seal Second Superseding Indictment by USA as to Jose Guadalupe Diaz. (mc4, ) (Entered: 02/14/2011) |
| 02/09/2011 | 107 | ORDER GRANTING 95 Motion to Seal Indictment/Information as to Jose Guadalupe Diaz (8). Signed by Judge Norbert J. Garney. (mc4, ) (Entered: 02/14/2011) |

| | | |
|---|---|---|
| 02/09/2011 | [112](#) | SEALED SECOND SUPERSEDING INDICTMENT (Redacted Version) filed Unredacted document sealed pursuant to E-Government Act of 2002 as to Enrique Guajardo Lopez (1) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Jose Antonio Acosta Hernandez (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Eduardo Ravelo (3) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Luis Mendez (4) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Arturo Gallegos Castrellon (5) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Ricardo Valles De La Rosa (6) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Alberto Payan Nunez (7) count(s) 1s, 2s, 3s, 4s, Jose Guadalupe Diaz (8) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Martin Perez Marrufo (9) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Luis Humberto Hernandez Celis (10) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Miguel Angel Nevarez (11) count(s) 1s, 2s, 3s, 4s, 5s, 6s-8s, 9s-11s, Joel Abraham Caudillo (12) count(s) 1s, 2s, 3s, 4s, 12s. (mc4, ) (Entered: 02/14/2011) |
| 02/09/2011 | [120](#) | (REDACTED) SECOND SUPERSEDING INDICTMENT by USA as to Jose Guadalupe Diaz (mc4, ) (Entered: 02/14/2011) |
| 02/09/2011 | [132](#) | Personal Data Sheet (Redacted) by USA as to Jose Guadalupe Diaz Diaz (mc4, ) (Entered: 02/14/2011) |
| 02/09/2011 | [144](#) | ORDER FOR ISSUANCE OF Bench Warrant as to Jose Guadalupe Diaz Diaz. Signed by Judge Norbert J. Garney. (mc4, ) (Entered: 02/14/2011) |
| 02/10/2011 | [156](#) | Arrest Warrant Issued by Judge Norbert J. Garney as to Jose Guadalupe Diaz Diaz. (mc4, ) (Entered: 02/14/2011) |
| 02/24/2011 | [173](#) | Arrest Warrant Returned Unexecuted as to Jose Guadalupe Diaz Diaz. Superseded by Second Superseding Indictment and warrant reissued (mc4, ) (Entered: 02/25/2011) |
| 03/02/2011 | [178](#) | MOTION to Seal Third Superseding Indictment and Related Documents by USA as to Enrique Guajardo Lopez, Alberto Nunez Payan, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Miguel Angel Nevarez, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Barba Chavira, Desiree Gamboa Cardona, April Cardoza, Fabian Rodriguez, Tomas Roberts, Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Santiago Lucero, Juan Manuel Viscaino Amaro. (mc4, ) (Entered: 03/07/2011) |
| 03/02/2011 | [179](#) | ORDER GRANTING [178](#) Motion to Seal Third Superseding Indictment and Related Documents as to Enrique Guajardo Lopez (1), Jose Antonio Acosta Hernandez (2), Eduardo Ravelo (3), Luis Mendez (4), Arturo Gallegos Castrellon (5), Ricardo Valles De La Rosa (6), Alberto Nunez Payan (7), Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9), Luis Humberto Hernandez Celis (10), Miguel Angel Nevarez (11), Joel Abraham Caudillo (12), Hector Galindo (13), Ramon Renteria (14), Roberto Angel Cardona (15), Manny Lopez (16), Omar Lopez (17), Jesus Espino (18), David Conde (19), Jorge Diaz (20), Yolanda Barba Chavira (21), Desiree Gamboa Cardona (22), April Cardoza (23), Fabian Rodriguez (24), Tomas Roberts (25), Delia Cervantes (26), Rigoberto Fragoso (27), Adam Garcia (28), Albert Mendoza (29), Carlos Perez (30), Ricardo Gonzales (31), Angel Renteria (32), Lorenzo Espino (33), Santiago Lucero (34), Juan Manuel Viscaino Amaro (35). Signed by Judge Norbert J. Garney. (mc4, ) (Entered: 03/07/2011) |

| 03/02/2011 | 180 | SEALED THIRD SUPERSEDING INDICTMENT (Redacted Version) filed Unredacted document sealed pursuant to E-Government Act of 2002 as to Enrique Guajardo Lopez (1) count(s) 1sss, 2sss, 3sss, 4sss, 5sss, 6sss-8sss, 9sss-11sss, Jose Antonio Acosta Hernandez (2) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Eduardo Ravelo (3) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Luis Mendez (4) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Arturo Gallegos Castrellon (5) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Ricardo Valles De La Rosa (6) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Alberto Nunez Payan (7) count(s) 1ss, 2ss, 3ss, 4ss, Jose Guadalupe Diaz Diaz (8) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Martin Perez Marrufo (9) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Luis Humberto Hernandez Celis (10) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Miguel Angel Nevarez (11) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss-8ss, 9ss-11ss, Joel Abraham Caudillo (12) count(s) 1ss, 2ss, 3ss, 4ss, 12ss, Hector Galindo (13) count(s) 1, 2, 3, 4, Ramon Renteria (14) count(s) 1, 2, 3, 4, Roberto Angel Cardona (15) count(s) 1, 2, 3, Manny Lopez (16) count(s) 1, 2, 3, 4, Omar Lopez (17) count(s) 1, 2, 3, 4, Jesus Espino (18) count(s) 1, 2, 3, 4, David Conde (19) count(s) 1, 2, 3, 4, Jorge Diaz (20) count(s) 1, 2, 3, 4, Yolanda Barba Chavira (21) count(s) 2, 3, 4, Desiree Gamboa Cardona (22) count(s) 2, 3, 4, April Cardoza (23) count(s) 1, 2, 3, 4, Fabian Rodriguez (24) count(s) 1, 2, 3, 4, Tomas Roberts (25) count(s) 1, 2, 3, 4, Delia Cervantes (26) count(s) 2, 3, 4, Rigoberto Fragoso (27) count(s) 1, 2, 3, 4, Adam Garcia (28) count(s) 1, 2, 3, 4, Albert Mendoza (29) count(s) 1, 2, 3, 4, Carlos Perez (30) count(s) 1, 2, 3, 4, Ricardo Gonzales (31) count(s) 1, 2, 3, 4, Angel Renteria (32) count(s) 1, 2, 3, 4, Lorenzo Espino (33) count(s) 1, 2, 3, 4, Santiago Lucero (34) count(s) 1, 2, 3, 4, Juan Manuel Viscaino Amaro (35) count(s) 1, 2, 3, 4. (mc4, ) (Entered: 03/07/2011) |
| 03/02/2011 | 188 | Personal Data Sheet (Redacted) by USA as to Jose Guadalupe Diaz Diaz (mc4, ) (Entered: 03/07/2011) |
| 03/02/2011 | 223 | ORDER FOR ISSUANCE OF Bench Warrant as to Jose Guadalupe Diaz Diaz. Signed by Judge Norbert J. Garney. (mc4, ) (Entered: 03/07/2011) |
| 03/03/2011 | 258 | Arrest Warrant Issued by Judge Norbert J. Garney as to Jose Guadalupe Diaz Diaz. (mc4, ) (Entered: 03/07/2011) |
| 03/09/2011 | | CASE UNSEALED as to Enrique Guajardo Lopez, Alberto Nunez Payan, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Miguel Angel Nevarez, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Barba Chavira, Desiree Gamboa Cardona, April Cardoza, Fabian Rodriguez, Tomas Roberts, Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Santiago Lucero, Juan Manuel Viscaino Amaro (mc4, ) (Entered: 03/09/2011) |
| 03/09/2011 | | INDICTMENT/SUPERSEDING INDICTMENT/SECOND SUPERSEDING/ THIRD SUPERSEDING INDICTMENT UNSEALED as to Enrique Guajardo Lopez, Alberto Nunez Payan, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Miguel Angel Nevarez, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Barba Chavira, Desiree Gamboa Cardona, April Cardoza, Fabian |

| | | |
|---|---|---|
| | | Rodriguez, Tomas Roberts, Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Santiago Lucero, Juan Manuel Viscaino Amaro (mc4, ) (Entered: 03/10/2011) |
| 03/09/2011 | | INDICTMENTS UNSEALED (mc4, ) (Entered: 03/11/2011) |
| 03/10/2011 | 323 | Arrest Warrant Returned Unexecuted as to Jose Guadalupe Diaz Diaz. Superseded by warrant issued 3/3/11 (mc4, ) (Entered: 03/11/2011) |
| 03/16/2011 | 370 | NOTICE OF ATTORNEY APPEARANCE George Leal appearing for USA. (Leal, George) (Entered: 03/16/2011) |
| 03/28/2011 | 485 | NOTICE OF ATTORNEY APPEARANCE Jose Luis Acosta appearing for USA. */Removal* (Acosta, Jose) (Entered: 03/28/2011) |
| 03/28/2011 | | Attorney Jose Luis Acosta terminated. (mc4, ) (Entered: 03/28/2011) |
| 03/29/2011 | | Text Order GRANTING 459 Motion to Withdraw as Attorney as to Angel Renteria (32). Kenneth del Valle is ALLOWED TO WITHDRAW. REFERRED to the United States Magistrate Judge for determination of eligibility and appointment of counsel (ORDER TO REFER TO THE UNITED STATES MAGISTRATE IS DENIED AS MOOT AS JUDGE DAVID C. GUADERRAMA GRANTED DEFENDANT'S MOTION TO SUBSTITUTE ECF NO. 472). Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) Modified on 3/30/2011 (~Martinez, Javier). (Entered: 03/29/2011) |
| 03/29/2011 | 489 | * MOTION to Extend Scheduling Order Deadlines *in Court's Standard Discovery Order* by USA as to Enrique Guajardo Lopez, Alberto Nunez Payan, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Miguel Angel Nevarez, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Barba Chavira, Desiree Gamboa Cardona, April Cardoza, Fabian Rodriguez, Thomas Roberts, Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Santiago Lucero, Juan Manuel Viscaino Amaro. (Skaret, Brian) (Entered: 03/29/2011) |
| 04/06/2011 | 500 | ORDER GRANTING IN PART MOTION TO EXTEND SCHEDULING ORDER DEADLINES IN COURT'S STANDING DISCOVERY ORDER as to Enrique Guajardo Lopez, Alberto Nunez Payan, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Miguel Angel Nevarez, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Barba Chavira, Desiree Gamboa Cardona, April Cardoza, Fabian Rodriguez, Thomas Roberts, Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Santiago Lucero, Juan Manuel Viscaino Amaro: 489 * MOTION to Extend Scheduling Order Deadlines *in Court's Standard Discovery Order* filed by USA. Deadline modified to: on or before April 15, 2011. Signed by Judge Kathleen Cardone. (mc4, ) (Entered: 04/06/2011) |
| 05/11/2011 | 541 | ORDER SETTING HEARING as to all defendants, ( Miscellaneous Hearing set for 5/24/2011 02:00 PM before Judge Kathleen Cardone.). Signed by Judge Kathleen |

| | | |
|---|---|---|
| | | Cardone. (mc4, ) (Entered: 05/12/2011) |
| 08/29/2011 | 623 | NOTICE *Bill of Particulars* by USA as to Enrique Guajardo Lopez, Jose Antonio Acosta Hernandez, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Alberto Nunez Payan, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Luis Humberto Hernandez Celis, Miguel Angel Nevarez, Joel Abraham Caudillo, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Barba Chavira, Desiree Gamboa Cardona, April Cardoza, Fabian Rodriguez, Thomas Roberts, Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Santiago Lucero, Juan Manuel Viscaino Amaro (Arreola, Anna) (Entered: 08/29/2011) |
| 02/06/2012 | | THIRD SUPERSEDING INDICTMENT UNSEALED and related documents as to Enrique Guajardo Lopez, Alberto Nunez Payan, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Miguel Angel Nevarez, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Barba Chavira, Desiree Gamboa Cardona, April Cardoza, Fabian Rodriguez, Tomas Roberts, Juana Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Jr., Santiago Lucero, Juan Manuel Viscaino Amaro (mc4, ) (Entered: 02/07/2012) |
| 03/19/2012 | 930 | (REDACTED) *THIRD SUPERSEDING INDICTMENT* by USA as to Enrique Guajardo Lopez, Jose Antonio Acosta Hernandez, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Alberto Nunez Payan, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Luis Humberto Hernandez Celis, Joel Abraham Caudillo, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Barba Chavira, Desiree Gamboa Cardona, April Cardoza, Fabian Rodriguez, Tomas Roberts, Juana Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Jr., Santiago Lucero, Juan Manuel Viscaino Amaro (mc4, ) (Entered: 03/20/2012) |
| 06/29/2012 | 1120 | NOTICE OF ATTORNEY APPEARANCE John Michael Gibson appearing for USA. (Gibson, John) (Entered: 06/29/2012) |
| 06/29/2012 | | Attorney George Leal terminated as to Enrique Guajardo Lopez, Alberto Nunez Payan, Joel Abraham Caudillo, Jose Antonio Acosta Hernandez, Luis Humberto Hernandez Celis, Eduardo Ravelo, Luis Mendez, Arturo Gallegos Castrellon, Ricardo Valles De La Rosa, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, Miguel Angel Nevarez, Hector Galindo, Ramon Renteria, Roberto Angel Cardona, Manny Lopez, Omar Lopez, Jesus Espino, David Conde, Jorge Diaz, Yolanda Chavira Barba, Desiree Gamboa Cardona, April Cardoza, Fabian Rodriguez, Tomas Roberts, Juana Delia Cervantes, Rigoberto Fragoso, Adam Garcia, Albert Mendoza, Carlos Perez, Ricardo Gonzales, Angel Renteria, Lorenzo Espino, Jr., Santiago Lucero, Juan Manuel Viscaino Amaro. (fm, ) (Entered: 06/29/2012) |
| 07/10/2012 | | Text Order GRANTING 1150 Sealed Motion as to Manny Lopez (16) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 07/10/2012) |
| 07/10/2012 | | |

| | | |
|---|---|---|
| | | Text Order GRANTING 1151 Sealed Motion as to Omar Lopez (17) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 07/10/2012) |
| 07/10/2012 | | Text Order GRANTING 1152 Sealed Motion as to Tomas Roberts (25) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 07/10/2012) |
| 07/10/2012 | | Text Order GRANTING 1153 Sealed Motion as to Rigoberto Fragoso (27) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 07/10/2012) |
| 07/10/2012 | | Text Order GRANTING 1154 Sealed Motion as to Albert Mendoza (29) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 07/10/2012) |
| 07/10/2012 | | Text Order GRANTING 1155 Sealed Motion as to Angel Renteria (32) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 07/10/2012) |
| 10/07/2015 | 1486 | NOTICE OF ATTORNEY APPEARANCE Jay Alan Bauer appearing for USA. . Attorney Jay Alan Bauer added to party USA(pty:pla) (Bauer, Jay) (Entered: 10/07/2015) |
| 12/19/2016 | 1637 | NOTICE OF ATTORNEY APPEARANCE John Curtis Hanley appearing for USA. . Attorney John Curtis Hanley added to party USA(pty:pla) (Hanley, John) (Entered: 12/19/2016) |
| 04/08/2019 | 1846 | ORDER as to Jose Guadalupe Diaz Diaz, ( Status Conference set for 4/25/2019 10:30 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (mn) (Entered: 04/08/2019) |
| 04/22/2019 | 1849 | ORDER CANCELLING STATUS CONFERENCE as to Enrique Guajardo Lopez, Eduardo Ravelo, Luis Mendez, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. Signed by Judge Kathleen Cardone. (dc) (Entered: 04/22/2019) |
| 11/13/2019 | 1868 | MOTION to Detain Defendant without Bond by USA as to Jose Guadalupe Diaz Diaz. (Gibson, John) (Entered: 11/13/2019) |
| 11/14/2019 | | Arrest of Jose Guadalupe Diaz Diaz (mn) (Entered: 11/15/2019) |
| 11/14/2019 | 1869 | ORDER APPOINTING COUNSEL as to Jose Guadalupe Diaz Diaz Art Werge for Jose Guadalupe Diaz Diaz appointed.. Signed by Judge Anne T. Berton. (mn) (Entered: 11/15/2019) |
| 11/14/2019 | 1870 | Minute Entry for proceedings held before Judge Anne T. Berton:Initial Appearance as to Jose Guadalupe Diaz Diaz held on 11/14/2019 (Minute entry documents are not available electronically.), SPANISH Language Interpreter required as to Jose Guadalupe Diaz Diaz (Court Reporter ERO.) (mn) (Entered: 11/15/2019) |
| 11/14/2019 | | ORAL ORDER OF TEMPORARY DETENTION: DETAIN WITHOUT BOND as to Jose Guadalupe Diaz Diaz by Judge Anne T. Berton. (mn) (Entered: 11/15/2019) |
| 11/14/2019 | 1871 | ORDER as to Jose Guadalupe Diaz Diaz, ( Arraignment/Detention Hearing set for 11/20/2019 11:00 AM before Judge Anne T. Berton,). Signed by Judge Anne T. Berton. (mn) (Entered: 11/15/2019) |

| 11/14/2019 | 1872 | CJA 23 Financial Affidavit by Jose Guadalupe Diaz Diaz (SEALED pursuant to E-Government Act of 2002). (mn) (Entered: 11/15/2019) |
|---|---|---|
| 11/18/2019 | 1873 | SCHEDULING NOTICE as to Jose Guadalupe Diaz Diaz Plea deadline 12/26/2019, Status Conference set for 1/8/2020 09:30 AM before Judge Kathleen Cardone. (mn) (Entered: 11/18/2019) |
| 11/18/2019 | 1874 | General ORDER of Discovery as to Jose Guadalupe Diaz Diaz. Signed by Judge Kathleen Cardone. (mn) (Entered: 11/18/2019) |
| 11/20/2019 | 1875 | WAIVER of Detention Hearing by Jose Guadalupe Diaz Diaz (mn) (Entered: 11/20/2019) |
| 11/20/2019 | 1876 | ORDER OF DETENTION: DETAIN WITHOUT BOND as to Jose Guadalupe Diaz Diaz. Signed by Judge Anne T. Berton. (mn) (Entered: 11/20/2019) |
| 11/20/2019 | 1877 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Jose Guadalupe Diaz Diaz Signed by Judge Anne T. Berton. (mn) (Entered: 11/20/2019) |
| 12/04/2019 | 1878 | NOTICE OF ATTORNEY APPEARANCE Christina Leigh Taylor appearing for USA. . Attorney Christina Leigh Taylor added to party USA(pty:pla) (Taylor, Christina) (Entered: 12/04/2019) |
| 12/20/2019 | | Text Order GRANTING 1879 Ex Parte Motion to File Under Seal as to Jose Guadalupe Diaz Diaz (8) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 12/20/2019) |
| 12/23/2019 | | Text Order TAKING UNDER ADVISEMENT 1880 Ex Parte Motion as to Jose Guadalupe Diaz Diaz (8) pending completion of CJA 28A which is the Attorney Services Detailed Budget Worksheet. Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 12/23/2019) |
| 01/08/2020 | 1882 | Minute Entry for proceedings held before Judge Kathleen Cardone:Status Conference as to Jose Guadalupe Diaz Diaz RESET on 1/8/2020 (Minute entry documents are not available electronically.) (Court Reporter ECRO.) (mn) (Entered: 01/08/2020) |
| 01/08/2020 | 1883 | ORDER TO CONTINUE - Ends of Justice as to Jose Guadalupe Diaz Diaz, ORDER Setting Status Conference as to Jose Guadalupe Diaz Diaz( Status Conference set for 3/18/2020 09:30 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (mn) (Entered: 01/08/2020) |
| 01/21/2020 | | Text Order GRANTING 1888 Ex Parte Motion as to Jose Guadalupe Diaz Diaz (8) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/21/2020) |
| 02/14/2020 | 1904 | Agreed MOTION *for Designation as Complex Case and Tolling of Speedy Trial Provisions* by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Gibson, John) (Entered: 02/14/2020) |
| 02/16/2020 | 1905 | ORDER Designating Case as Complex as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. Signed by Judge Kathleen Cardone. (mn) (Entered: 02/18/2020) |
| 03/18/2020 | 1910 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Kathleen Cardone:Status Conference as to Jose Guadalupe Diaz Diaz held on 3/18/2020 JURY SELECTION/TRIAL TO BE SET (Minute entry documents are not available electronically.) (Court Reporter ECRO.) (mn) (Entered: 03/18/2020) |
| 03/19/2020 | 1913 | TRIAL PREPARATION ORDER FOR CRIMINAL CASES as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, ( Status Conference set for 8/5/2020 09:00 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (mn) (Entered: 03/19/2020) |
| 03/19/2020 | 1914 | ORDER TO CONTINUE - Ends of Justice as to Jose Guadalupe Diaz Diaz, ( Jury Selection / Jury Trial set for 8/31/2020 08:30 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (mn) (Entered: 03/19/2020) |
| 04/13/2020 | 1923 | Agreed MOTION to Continue *Trial* by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Bauer, Jay) (Entered: 04/13/2020) |
| 04/14/2020 | 1925 | ORDER APPOINTING COORDINATING DISCOVERY COUNSEL as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. Signed by Judge Kathleen Cardone. (mn) (Entered: 04/15/2020) |
| 04/15/2020 | 1926 | ORDER GRANTING MOTION FOR CONTINUANCE as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo: 1923 Agreed MOTION to Continue *Trial* filed by USA. ( Jury Selection/Jury Trial RESET for 10/16/2020 08:30 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (mn) (Entered: 04/15/2020) |
| 04/16/2020 | 1928 | ORDER Resetting Status Conference as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo Status Conference RESET for 10/14/2020 09:00 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (mn) (Entered: 04/16/2020) |
| 07/29/2020 | 1948 | NOTICE OF ATTORNEY APPEARANCE Steven Richard Spitzer appearing for USA. */Notice of Attorney Appearance as Co-Counsel* (Spitzer, Steven) (Entered: 07/29/2020) |
| 07/31/2020 | 1949 | Agreed MOTION to Continue *Trial (Second)* by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Bauer, Jay) (Entered: 07/31/2020) |
| 08/03/2020 | | Text Order GRANTING 1949 Motion to Continue as to Jose Guadalupe Diaz Diaz (8) Martin Perez Marrufo (9). IT IS THEREFORE ORDERED that the Jury Selection/Trial be scheduled for February 12, 2021. IT IS FURTHER ORDERED that a status conference will be held in this matter on February 10, 2021. The Court finds that the interests of justice outweigh the interests of Defendants and the public in a speedy trial, that the time through February 12, 2021, is excludable time within the meaning of the Speedy Trial Act, 18 U.S.C. §3161. Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 08/03/2020) |
| 08/03/2020 | 1950 | ORDER Resetting Status Conference as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo Status Conference RESET for 2/10/2021 09:00 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (mn) (Entered: 08/03/2020) |
| 08/03/2020 | 1951 | ORDER TO CONTINUE - Ends of Justice as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, ( Jury Selection / Jury Trial RESET for 2/12/2021 08:30 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (mn) (Entered: 08/03/2020) |

| | | |
|---|---|---|
| 11/03/2020 | 1958 | Agreed MOTION to Continue *Trial (Third)* by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Bauer, Jay) (Entered: 11/03/2020) |
| 11/04/2020 | | Text Order GRANTING 1958 Motion to Continue as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9). RESET to August 16, 2021. SO ORDERED. Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 11/04/2020) |
| 11/04/2020 | 1959 | ORDER TO CONTINUE - Ends of Justice as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, ( Jury Selection/Jury Trial RESET for 8/16/2021 08:30 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (dc) (Entered: 11/04/2020) |
| 11/04/2020 | 1960 | TRIAL PREPARATION ORDER FOR CRIMINAL CASES as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo( Status Conference set for 8/11/2021 09:00 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (dc) (Entered: 11/04/2020) |
| 11/05/2020 | 1962 | Sealed Order. Signed by Judge Stephen A. Higginson. (dc) (Entered: 11/05/2020) |
| 01/27/2021 | 1970 | Sealed Order. Signed by Judge Stephen A. Higginson. (mn) (Entered: 01/27/2021) |
| 03/05/2021 | 1980 | Sealed Order. Signed by Judge Stephen A. Higginson. (mn) (Entered: 03/05/2021) |
| 04/29/2021 | 1986 | ORDER Setting Status Conference as to Jose Guadalupe Diaz Diaz Status Conference set for 5/4/2021 08:30 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (dc) (Entered: 04/29/2021) |
| 05/04/2021 | 1988 | Minute Entry for proceedings held before Judge Kathleen Cardone:Status Conference as to Jose Guadalupe Diaz Diaz held on 5/4/2021. JURY SELECTION/TRIAL TO BE SET (Minute entry documents are not available electronically.) (Court Reporter ECRO.) (dc) (Entered: 05/05/2021) |
| 05/26/2021 | 1992 | TRIAL PREPARATION ORDER FOR CRIMINAL CASES as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo Status Conference set for 1/5/2022 08:00 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (dt) (Entered: 05/26/2021) |
| 05/26/2021 | 1993 | ORDER TO CONTINUE - Ends of Justice as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, ( Jury Selection set for 1/7/2022 08:30 AM before Judge Kathleen Cardone,, Jury Trial set for 1/7/2022 08:30 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (dt) (Entered: 05/27/2021) |
| 11/09/2021 | 2023 | ORDER SETTING IN-PERSON STATUS CONFERENCE (DEFENDANT NEEDDED) as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo Status Conference set for 12/2/2021 02:30 PM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (ep1) (Entered: 11/09/2021) |
| 12/02/2021 | 2024 | NOTICE *of Expert Witnesses* by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Spitzer, Steven) (Entered: 12/02/2021) |
| 12/02/2021 | 2025 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Additional attachment(s) added on 12/3/2021: # 2 Sealed Document) (ep1). (Entered: 12/02/2021) |
| 12/02/2021 | 2026 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Entered: 12/02/2021) |

| 12/02/2021 | 2027 | Minute Entry for proceedings held before Judge Kathleen Cardone:Status Conference as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 12/2/2021 (Minute entry documents are not available electronically.), SPANISH (E. Gallegos) Language Interpreter required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chriboga.) (ep1) (Entered: 12/03/2021) |
|---|---|---|
| 12/03/2021 | | Text Order GRANTING 2025 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 12/03/2021) |
| 12/03/2021 | | Text Order GRANTING 2026 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 12/03/2021) |
| 12/03/2021 | 2029 | SEALED MOTION filed (Attachments: # 1 Sealed Document) (ep1) (Entered: 12/03/2021) |
| 12/03/2021 | 2030 | SEALED MOTION filed (ep1) (Entered: 12/03/2021) |
| 12/03/2021 | 2033 | Sealed Order. Signed by Judge Kathleen Cardone. (ep1) (Entered: 12/03/2021) |
| 12/06/2021 | 2034 | NOTICE OF ATTORNEY APPEARANCE Steven Richard Spitzer appearing for USA. *Removals of Assistant U.S. Attorneys* (Spitzer, Steven) (Entered: 12/06/2021) |
| 12/14/2021 | 2036 | MOTION *Revise Juror Questionnaire* by Jose Guadalupe Diaz Diaz as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Werge, Art) (Entered: 12/14/2021) |
| 12/15/2021 | 2045 | Sealed Order. Signed by Judge Kathleen Cardone. (ep1) (Entered: 12/15/2021) |
| 12/15/2021 | 2047 | DEFICIENCY NOTICE: re 2038 MOTION in Limine as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. ***Incorrect case number or case style listed on document filed.(ep1) (Entered: 12/15/2021) |
| 12/15/2021 | 2048 | **DOCUMENT DEFICIENT*** MOTION in Limine by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Attachments: # 1 Proposed Order)(Morales, Leonard) Modified on 12/16/2021 (ep1). (Entered: 12/15/2021) |
| 12/16/2021 | 2049 | DEFICIENCY NOTICE: re 2048 MOTION in Limine as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. ***Incorrect PDF attached to motion.*** (ep1) (Entered: 12/16/2021) |
| 12/16/2021 | 2050 | CORRECTED MOTION in Limine by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Attachments: # 1 Proposed Order)(Morales, Leonard) (Entered: 12/16/2021) |
| 12/20/2021 | 2052 | RESPONSE TO MOTION by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo re 2036 MOTION *Revise Juror Questionnaire* filed by Defendant Jose Guadalupe Diaz Diaz (Bauer, Jay) (Entered: 12/20/2021) |
| 12/21/2021 | 2054 | MOTION in Limine by Jose Guadalupe Diaz Diaz as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Attachments: # 1 Proposed Order)(Werge, Art) (Entered: 12/21/2021) |
| 12/21/2021 | 2055 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Entered: 12/21/2021) |

| | | |
|---|---|---|
| 12/21/2021 | 2056 | Sealed Order. Signed by Judge STEPHEN A. HIGGINSON. (ep1) (Entered: 12/21/2021) |
| 12/22/2021 | | Text Order GRANTING 2055 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 12/22/2021) |
| 12/22/2021 | | Text Order GRANTING 2055 Motion for Leave to File Sealed Document as to Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 12/22/2021) |
| 12/23/2021 | 2058 | RESPONSE TO MOTION by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo re 2050 CORRECTED MOTION in Limine filed by Defendant Martin Perez Marrufo, Defendant Jose Guadalupe Diaz Diaz (Spitzer, Steven) (Entered: 12/23/2021) |
| 12/27/2021 | 2059 | SEALED MOTION filed (dc) (Entered: 12/27/2021) |
| 12/27/2021 | 2060 | Sealed Order. Signed by Judge Kathleen Cardone. (dc) (Entered: 12/27/2021) |
| 12/28/2021 | 2061 | RESPONSE in Opposition by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo re 2054 MOTION in Limine filed by Defendant Jose Guadalupe Diaz Diaz (Bauer, Jay) (Entered: 12/28/2021) |
| 12/28/2021 | 2062 | ORDER as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, ( Pretrial Conference RESET for 1/5/2022 08:15 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (dc) (Entered: 12/28/2021) |
| 12/30/2021 | 2063 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Entered: 12/30/2021) |
| 12/30/2021 | 2064 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Entered: 12/30/2021) |
| 12/30/2021 | 2065 | Proposed Jury Instructions by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo *Government's Proposed Jury Instructions and Verdict Form* (Taylor, Christina) (Entered: 12/30/2021) |
| 12/30/2021 | 2066 | NOTICE *of Information* by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo re 1992 Order Setting Status Conference (Attachments: # 1 Exhibit)(Bauer, Jay) (Entered: 12/30/2021) |
| 01/03/2022 | | Text Order GRANTING 2063 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/03/2022) |
| 01/03/2022 | | Text Order GRANTING 2064 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/03/2022) |
| 01/03/2022 | 2067 | Sealed Document filed (ep1) (Entered: 01/03/2022) |
| 01/03/2022 | 2068 | Sealed Document filed (ep1) (Entered: 01/03/2022) |

| 01/04/2022 | | Text Order GRANTING 2057 Motion for Leave to File Sealed Document as to Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/04/2022) |
|---|---|---|
| 01/05/2022 | 2070 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Entered: 01/05/2022) |
| 01/05/2022 | 2080 | Minute Entry for proceedings held before Judge Kathleen Cardone:Pretrial Conference as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/5/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter (Lucia Quevado) required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 01/07/2022) |
| 01/05/2022 | | Motion Taken Under Advisement as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo re 2054 MOTION in Limine , 2050 CORRECTED MOTION in Limine , 2036 MOTION *Revise Juror Questionnaire* (ep1) (Entered: 01/07/2022) |
| 01/06/2022 | 2071 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document, # 2 Sealed Document, # 3 Sealed Document, # 4 Sealed Document) (ep1) (Entered: 01/06/2022) |
| 01/06/2022 | 2072 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Entered: 01/06/2022) |
| 01/06/2022 | | Text Order GRANTING 2070 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/06/2022) |
| 01/06/2022 | | Text Order GRANTING 2071 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/06/2022) |
| 01/06/2022 | | Text Order GRANTING 2072 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/06/2022) |
| 01/06/2022 | 2073 | Sealed Order. Signed by Judge Kathleen Cardone. (ep1) (Entered: 01/06/2022) |
| 01/06/2022 | 2078 | Sealed Document filed (ep1) (Entered: 01/06/2022) |
| 01/06/2022 | 2079 | Sealed Document filed (ep1) (Entered: 01/06/2022) |
| 01/07/2022 | 2081 | ORDER SETTING IN-PERSON HEARING ON MOTION TO SUPRESS (DEFENDANTS NEEDED) as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, ( MOTION TO SUPRESS Hearing set for 1/13/2022 12:00 PM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (ep1) (Entered: 01/07/2022) |
| 01/07/2022 | | Voir Dire begun on 1/7/2022 Jose Guadalupe Diaz Diaz (8) on Count 1ss,2ss,3ss,4ss,5ss,6ss-8ss,9ss-11ss and Martin Perez Marrufo (9) on Count 1ss,2ss,4ss,5ss,6ss-8ss,9ss-11ss (em) (Entered: 01/10/2022) |
| 01/07/2022 | 2083 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Selection as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/7/2022; INTERPRETER: X Y N SPANISH: L. Quevedo,E. Gallegos, T. Saenz; COURT REPORTER: Walter Chiriboga; TRIAL CONTINUED / RECESSED TO: 1/10/2022 AT 8:30 AM (Minute entry documents are not available electronically.) (Court Reporter Walter Chiriboga.) (em) (Entered: 01/10/2022) |
| 01/07/2022 | | SPANISH Language Interpreter required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (em) (Entered: 01/10/2022) |
| 01/10/2022 | 2082 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Entered: 01/10/2022) |
| 01/10/2022 | | Text Order GRANTING 2082 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/10/2022) |
| 01/10/2022 | | Text Order MOOTING 2036 Motion as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/10/2022) |
| 01/10/2022 | 2084 | Minute Entry for proceedings held before Judge Kathleen Cardone:Miscellaneous Hearing as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/10/2022;TRIAL RESET TO: Tuesday, January 18, 2022 at 8:30am INTERPRETER: SPANISH: L. Quevedo, T. SaenzCOURT REPORTER: Nalene Benavides (Minute entry documents are not available electronically.) (Court Reporter Nalene Benavides.) (em) (Entered: 01/10/2022) |
| 01/10/2022 | 2085 | Sealed Document filed (mc4) (Entered: 01/11/2022) |
| 01/11/2022 | 2086 | ORDER CANCELLING IN-PERSON HEARING ON MOTION TOSUPRESS (DEFENDANTS NEEDED). IN-PERSON HEARING ON MOTION TO SUPRESS (DEFENDANTS NEEDED) on Thursday, January 13, 2022 at 12:00 PM is hereby CANCELLED until further order of the court as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. Signed by Judge Kathleen Cardone. (em) (Entered: 01/11/2022) |
| 01/12/2022 | 2087 | MOTION for Leave to File Sealed Document (Attachments: # 1 Sealed Document) (Spitzer, Steven) (Entered: 01/12/2022) |
| 01/13/2022 | | Text Order GRANTING 2087 Motion for Leave to File Sealed Document as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 01/13/2022) |
| 01/13/2022 | 2089 | Sealed Document filed (dc) (Entered: 01/13/2022) |
| 01/19/2022 | 2092 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/19/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter (T. Saenz & L. Quevedo)required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter ECRO) (ep1) (Entered: 01/20/2022) |
| 01/20/2022 | 2093 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to |

| | | |
|---|---|---|
| | | Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/20/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter (T. Saenz & L. Quevedo) required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 01/20/2022) |
| 01/21/2022 | 2094 | ORDER SETTING IN PERSON HEARING ON MOTION TO SUPPRESS (DEFENDANTS NEEDED) as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, ( IN PERSON HEARING ON MOTION TO SUPPRESS (set for 1/24/2022 03:00 PM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (ep1) (Entered: 01/21/2022) |
| 01/21/2022 | 2095 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/21/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter (T. Saenz & L. Quevedo) required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 01/21/2022) |
| 01/21/2022 | | ORAL MOTION to Suppress GOVERNMENTS EXHIBIT 41. by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (ep1) (Entered: 01/25/2022) |
| 01/21/2022 | 2220 (p.3447) | EXHIBIT 9 by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (ep1) (Entered: 12/27/2022) |
| 01/24/2022 | 2096 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/24/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter(T. Saenz & L. Quevedo) required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 01/24/2022) |
| 01/24/2022 | | Oral MOTION for Mistrial by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (ep1) (Entered: 01/24/2022) |
| 01/24/2022 | | ORAL ORDER DENYING ORAL Motion for Declaration of Mistrial as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9). Signed by Judge Kathleen Cardone. (ep1) (Entered: 01/24/2022) |
| 01/24/2022 | 2097 | Minute Entry for proceedings held before Judge Kathleen Cardone:Motion Hearing as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/24/2022 re ORAL MOTION to Suppress filed by Martin Perez Marrufo, Jose Guadalupe Diaz Diaz (Minute entry documents are not available electronically.), SPANISH Language Interpreter (L. QUEVEDO & T. SAENZ) required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 01/25/2022) |
| 01/24/2022 | | ORAL ORDER DENYING ORAL Motion to Suppress as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9) by Judge Kathleen Cardone. (ep1) (Entered: 01/25/2022) |
| 01/24/2022 | 2098 | LIST OF WITNESSES FOR HEARING ON MOTION TO SUPRESS by USA, Jose Guadalupe Diaz Diaz, Martin Perez Marrufo as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (ep1) (Entered: 01/25/2022) |
| 01/24/2022 | 2099 | EXHIBIT LIST for hearing on Motion to Suppress by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (ep1) (Entered: 01/25/2022) |
| 01/25/2022 | 2100 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to |

| | | |
|---|---|---|
| | | Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/25/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter (T. Saenz & L. Quevedo) required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 01/26/2022) |
| 01/27/2022 | 2102 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/27/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter required (T. Saenz & L. Quevedo) as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 01/27/2022) |
| 01/28/2022 | 2103 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/28/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter required (t. Saenz & L. Quevedo) as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 01/28/2022) |
| 01/28/2022 | | Oral MOTION to Strike by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (ep1) (Entered: 01/28/2022) |
| 01/28/2022 | | Motion Taken Under Advisement as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo re Oral MOTION to Strike (ep1) (Entered: 01/28/2022) |
| 01/29/2022 | 2104 | MOTION to Strike by Jose Guadalupe Diaz Diaz. (Attachments: # 1 Proposed Order)(Werge, Art) (Entered: 01/29/2022) |
| 01/30/2022 | 2105 | RESPONSE in Opposition by USA as to Jose Guadalupe Diaz Diaz re 2104 MOTION to Strike filed by Defendant Jose Guadalupe Diaz Diaz (Bauer, Jay) (Entered: 01/30/2022) |
| 01/31/2022 | 2106 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 1/31/2022 (Minute entry documents are not available electronically.), Tess & Lucia SPANISH Language Interpreter required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (dc) (Entered: 02/01/2022) |
| 01/31/2022 | 2115 | ORAL ORDER DENYING ORAL Motion to Strike as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9); DENYING 2104 Motion to Strike as to Jose Guadalupe Diaz Diaz (8).by Judge Kathleen Cardone. (ep1) (Entered: 02/04/2022) |
| 02/01/2022 | 2108 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 2/1/2022. GOVERNMENT REST, DEFENDANT REST (Minute entry documents are not available electronically.), Tess & Lucia SPANISH Language Interpreter required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (dc) (Entered: 02/02/2022) |
| 02/01/2022 | 2219 (p.3413) | EXHIBITS by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (ep1) (Entered: 12/27/2022) |
| 02/02/2022 | 2109 | WITNESS LIST by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (dc) (Entered: 02/02/2022) |
| 02/02/2022 | 2110 | EXHIBIT LIST as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (dc) (Entered: 02/02/2022) |
| 02/02/2022 | 2111 | |

| | | |
|---|---|---|
| | | EXHIBIT LIST by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (dc) (Entered: 02/02/2022) |
| 02/02/2022 | 2112 | EXHIBIT LIST by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (dc) (Entered: 02/02/2022) |
| 02/02/2022 | 2113 | ORDER as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo, ( Jury Trial Resumes RESET for 2/3/2022 11:13 AM before Judge Kathleen Cardone,). Signed by Judge Kathleen Cardone. (dc) (Entered: 02/02/2022) |
| 02/02/2022 | 2114 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 2/2/2022 (Minute entry documents are not available electronically.), Tess & Lucia SPANISH Language Interpreter required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga) (dc) (Entered: 02/03/2022) |
| 02/02/2022 | 2225 (p.3474) | EXHIBITS by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Attachments: # 1 Exhibit 1A-2-A, # 2 Exhibit 1A-2-A-2, # 3 Exhibit 1A-2-A-3, # 4 Exhibit 1A-2-A-4, # 5 Exhibit 1A-2-A-5, # 6 Exhibit 2B-1, # 7 Exhibit 2B-1-A, # 8 Exhibit 2B-1-B, # 9 Exhibit 2B-1-C, # 10 Exhibit 2B-1-F, # 11 Exhibit 2B-1-G, # 12 Exhibit 2B-1-H, # 13 Exhibit 2B-1-I, # 14 Exhibit 2B-1-J, # 15 Exhibit 2B-1-K, # 16 Exhibit 2B-1-L, # 17 Exhibit 3D-1, # 18 Exhibit 3D-2, # 19 Exhibit 3E, # 20 Exhibit 3E-2, # 21 Exhibit 3F, # 22 Exhibit 3G, # 23 Exhibit 3H, # 24 Exhibit 8A, # 25 Exhibit 8B, # 26 Exhibit 9A, # 27 Exhibit 9B, # 28 Exhibit 9C, # 29 Exhibit 9D, # 30 Exhibit 9E, # 31 Exhibit 9F, # 32 Exhibit 9G, # 33 Exhibit 9H, # 34 Exhibit 9I, # 35 Exhibit 9J, # 36 Exhibit 9K, # 37 Exhibit 9L, # 38 Exhibit 9M, # 39 Exhibit 9N, # 40 Exhibit 9O, # 41 Exhibit 9P, # 42 Exhibit 9Q, # 43 Exhibit 10A, # 44 Exhibit 10D, # 45 Exhibit 10E, # 46 Exhibit 10F, # 47 Exhibit 10G, # 48 Exhibit 10I, # 49 Exhibit 10J, # 50 Exhibit 10J-1, # 51 Exhibit 10K, # 52 Exhibit 10L, # 53 Exhibit 10L-1, # 54 Exhibit 10M, # 55 Exhibit 10M-1, # 56 Exhibit 10N, # 57 Exhibit 10N-1, # 58 Exhibit 10O)(ep1) (Additional attachment(s) added on 1/6/2023: # 59 Exhibit 11C, # 60 Exhibit 11D, # 61 Exhibit 11D-1, # 62 Exhibit 11E, # 63 Exhibit 11E-1, # 64 Exhibit 11F, # 65 Exhibit 11F-1, # 66 Exhibit 11G, # 67 Exhibit 11H, # 68 Exhibit 11H-1, # 69 Exhibit 11I, # 70 Exhibit 11I-1, # 71 Errata 11J, # 72 Exhibit 13A, # 73 Exhibit 13B, # 74 Exhibit 13C, # 75 Exhibit 13D, # 76 Exhibit 13E, # 77 Exhibit 13F, # 78 Exhibit 13G, # 79 Exhibit 13H, # 80 Exhibit 13I, # 81 Exhibit 13J, # 82 Exhibit 13K, # 83 Exhibit 13L, # 84 Exhibit 13M, # 85 Exhibit 13N, # 86 Exhibit 13O, # 87 Exhibit 13P, # 88 Exhibit 13Q, # 89 Exhibit 13R, # 90 Exhibit 13S, # 91 Exhibit 13T, # 92 Exhibit 13U, # 93 Exhibit 13V, # 94 Exhibit 13W, # 95 Exhibit 14A, # 96 Exhibit 14B, # 97 Exhibit 14C, # 98 Exhibit 15, # 99 Exhibit 16B, # 100 Exhibit 18C, # 101 Errata 18D, # 102 Errata 18E, # 103 Exhibit 18F, # 104 Exhibit 18G, # 105 Exhibit 18H, # 106 Errata 18I, # 107 Exhibit 18K, # 108 Exhibit 18M, # 109 Exhibit 18N, # 110 Exhibit 18O, # 111 Errata 18P, # 112 Exhibit 18Q, # 113 Exhibit 18S, # 114 Exhibit 18T) (ep1). (Additional attachment(s) added on 1/6/2023: # 115 Exhibit 18KK, # 116 Exhibit 18LL, # 117 Exhibit 18MM, # 118 Exhibit 19B, # 119 Exhibit 19D, # 120 Exhibit 25A, # 121 Errata 25B, # 122 Exhibit 25C, # 124 Exhibit 26A, # 125 Exhibit 26F, # 126 Exhibit 26G, # 127 Exhibit 28B, # 128 Exhibit 30A-1, # 129 Exhibit 30A-2, # 130 Exhibit 30A-3, # 131 Exhibit 30A-4, # 132 Exhibit 30A-5, # 133 Exhibit 30A-10, # 134 Exhibit 30B-1, # 135 Exhibit 30B-2, # 136 Exhibit 30B-3, # 137 Exhibit 30B-6, # 138 Exhibit 30B-12, # 139 Exhibit 30C, # 140 Exhibit 32A, # 141 Exhibit 32B, # 142 Exhibit 32D-1, # 143 Exhibit 32D-2, # 144 Exhibit 33A, # 145 Exhibit 33B, # 146 Exhibit 33C, # 147 Exhibit 33D, # 148 Exhibit 33E, # 149 Exhibit 33F, # 150 Exhibit 33G, # 151 Exhibit 33H, # 152 Exhibit 33I, # 153 Exhibit 41A) (ep1). (Entered: 01/06/2023) |

| | | |
|---|---|---|
| 02/03/2022 | 2116 | Minute Entry for proceedings held before Judge Kathleen Cardone:Jury Trial as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 2/3/2022 (Minute entry documents are not available electronically.), SPANISH Language Interpreter (T. SAENZ & L. QUEVEDO) required as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Court Reporter Walter Chiriboga.) (ep1) (Entered: 02/07/2022) |
| 02/03/2022 | 2117 | EXHIBIT RECEIPT as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (ep1) (Entered: 02/07/2022) |
| 02/03/2022 | 2118 | EXHIBIT RECEIPT as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (ep1) (Entered: 02/07/2022) |
| 02/03/2022 | 2119 | Court's Charge/Instructions to Jury as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (ep1) (Entered: 02/07/2022) |
| 02/03/2022 | 2120 | Jury Note 1 as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo SEALED pursuant to E-Government Act of 2002 (ep1) (Entered: 02/07/2022) |
| 02/03/2022 | 2121 | JURY VERDICT (Redacted Version) as to Jose Guadalupe Diaz Diaz (8) Guilty on Count 1ss,2ss,3ss,4ss,5ss,6ss-8ss,9ss-11ss. filed. Unredacted Version Sealed pursuant to E-Government Act of 2002. (Attachments: # 1 Sealed Document)(ep1) (Entered: 02/07/2022) |
| 02/17/2022 | 2125 | ORDER Setting Sentencing as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo Sentencing set for 5/9/2022 09:00 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (ep1) (Entered: 02/17/2022) |
| 04/08/2022 | 2134 | ORDER RESETTING SENTENCING as to Jose Guadalupe Diaz Diaz Sentencing set for 7/11/2022 08:05 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (ep1) (Entered: 04/08/2022) |
| 05/03/2022 | 2141 | ORDER RESETTING SENTENCING as to Jose Guadalupe Diaz Diaz Sentencing set for 7/25/2022 08:05 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (ep1) (Entered: 05/03/2022) |
| 06/22/2022 | 2145 | MOTION to Continue by Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (dc) (Entered: 06/22/2022) |
| 06/23/2022 | | Text Order GRANTING 2145 Motion to Continue as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9). Sentencing is RESET for Monday, October 24, 2022 at 9 a.m. SO ORDERED. Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 06/23/2022) |
| 06/23/2022 | | Set/Reset Hearings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo: Sentencing set for 10/24/2022 09:00 AM before Judge Kathleen Cardone, (ep1) (Entered: 06/23/2022) |
| 10/18/2022 | 2158 | SEALED PRESENCENCE INVESTIGATION REPORT Filed as to Jose Guadalupe Diaz Diaz by Officer Steve Gutierrez. (Document available to court only) (Attachments: # (1-4) (ur) (Entered: 10/18/2022) |
| 10/19/2022 | 2161 | SEALED SUPPLEMENTAL ATTACHMENT re 2158 SEALED PRESENCENCE INVESTIGATION REPORT Filed as to Jose Guadalupe Diaz Diaz by Officer Steve Gutierrez. (Document available to court only) (Attachments: # (1-4) (ur) (Document available to court only) (Attachments: # (1-2) (ur) (Entered: 10/19/2022) |

| | | |
|---|---|---|
| 10/20/2022 | 2164 | SEALED SUPPLEMENTAL ATTACHMENT re 2158 SEALED PRESENTENCE INVESTIGATION REPORT Filed as to Jose Guadalupe Diaz Diaz by Officer Steve Gutierrez. (Document available to court only) (Attachments: # (1-4) (ur) (Document available to court only) (ur) (Entered: 10/20/2022) |
| 10/20/2022 | 2167 | ORDER RESETTING IN-PERSON SENTENCING (DEFENDANT NEEDED) as to Jose Guadalupe Diaz Diaz Sentencing set for 10/24/2022 08:00 AM before Judge Kathleen Cardone,. Signed by Judge Kathleen Cardone. (ep1) (Entered: 10/21/2022) |
| 10/24/2022 | 2168 | Minute Entry for proceedings held before Judge Kathleen Cardone: Sentencing held on 10/24/2022 for Jose Guadalupe Diaz Diaz (8), SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 AS TO CT 4ss TO BE SERVED CONCURRENTLY WITH CTS 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED TO LIFE IMPRISONMENT AS TO CTS 6ss-8ss TO BE SERVED CONCURRENTLY; 5 YEARS NON-REPORTING SUPERVISED RELEASE AS TO CTS 6ss-8ss TO BE SERVED CONCURRENTLY; S/A $100.00 ($300 TOTAL). SPANISH Language Interpreter required (B. ESPINOSA) as to Jose Guadalupe Diaz Diaz (Court Reporter Walter Chiriboga.) (ep1) Modified on 11/2/2022 (ep1). (Entered: 10/25/2022) |
| 10/24/2022 | 2179 | Amended minute entry as to Jose Guadalupe Diaz Diaz ; re 2168 Sentencing, Interpreter Required, (Minute entry documents are not available electronically.) (ep1) (Entered: 11/02/2022) |
| 10/25/2022 | 2170 | MOTION to Dismiss Indictment/Information by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo. (Spitzer, Steven) (Entered: 10/25/2022) |
| 10/26/2022 | 2171 | ORDER GRANTING 2170 Motion to Dismiss Indictment/Information. as to Jose Guadalupe Diaz Diaz (8), Martin Perez Marrufo (9). Signed by Judge Kathleen Cardone. (ep1) (Entered: 10/27/2022) |
| 10/30/2022 | 2172 | JUDGMENT AND COMMITMENT as to Jose Guadalupe Diaz Diaz (8), Count(s) 1, 1s, 2-4, 2s, 3s, 4s, 5-7, 5s, 6s-8s, 8, 9-11, 9s-11s, DISMISSED, WITHOUT PREJUDICE; Count(s) 1ss, SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($700 TOTAL) AS TO CTS 1ss, 2ss, 3ss, 5ss, 9ss, 10ss & 11ss TO BE SERVED CONCURRENTLY; RESTITUTION $998,840.21; SENTENCED TO 240 MONTHS IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 AS TO CT 4ss TO BE SERVED CONCURRENTLY WITH CTS 1ss, 2ss, 3ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss &11ss; SENTENCED TO LIFE IMPRISONMENT; 5 YEARS NON-REPORTING SUPERVISED RELEASE; S/A $100.00 ($300 TOTAL) AS TO CTS 6ss, 7ss & 8ss TO BE SERVED CONSECUTIVELY TO CTS 1ss, 2ss, 3ss, 4ss, 5ss, 9ss, 10ss & 11ss. Signed by Judge Kathleen Cardone. (ep1) (Entered: 10/31/2022) |
| 10/30/2022 | 2173 | Sealed Statement of Reasons as to Jose Guadalupe Diaz Diaz (SOR documents are not available electronically.) (ep1) (Entered: 10/31/2022) |
| 10/31/2022 | 2174 | Appeal of Final Judgment by Jose Guadalupe Diaz Diaz. No filing fee submitted (Werge, Art) (Entered: 10/31/2022) |
| 10/31/2022 | 2177 | |

| | | |
|---|---|---|
| | | MOTION to Withdraw as Attorney *for Purposes of Appeal* by Jose Guadalupe Diaz Diaz. (Attachments: # 1 Proposed Order)(Werge, Art) (Entered: 10/31/2022) |
| 10/31/2022 | | NOTICE OF APPEAL following 2174 Notice of Appeal (E-Filed) by Jose Guadalupe Diaz Diaz Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (ep1) (Entered: 10/31/2022) |
| 10/31/2022 | | Text Order GRANTING 2177 Motion to Withdraw as Attorney as to Jose Guadalupe Diaz Diaz (8). IT IS ORDERED that attorney ART WERGE is WITHDRAWN as attorney of record for Jose Guadalupe Diaz Diaz. IT IS FURTHER ORDERED that the case be referred to the United States Magistrate Court for an indigency determination and appointment of appellate counsel. Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 10/31/2022) |
| 11/01/2022 | | Attorney Art Werge terminated as to Jose Guadalupe Diaz Diaz. (ep1) (Entered: 11/01/2022) |
| 11/02/2022 | 2181 | ORDER APPOINTING COUNSEL Louis E. Lopez, Jr for Jose Guadalupe Diaz Diaz. Signed by Judge Robert F. Castaneda. (dc) (Entered: 11/03/2022) |
| 11/09/2022 | 2182 | MOTION to Withdraw as Attorney by Jose Guadalupe Diaz Diaz. (Lopez, Louis) (Entered: 11/09/2022) |
| 11/10/2022 | | Text Order GRANTING 2182 Motion to Withdraw as Attorney as to Jose Guadalupe Diaz Diaz (8). IT IS ORDERED that attorney Louis E. Lopez, Jr. is ALLOWED TO WITHDRAW as attorney of record for defendant Jose Guadalupe Diaz Diaz. IT IS FURTHER ORDERED that this matter is REFERRED to the United States Magistrate Judge for determination of qualification and appointment of counsel on appeal. SO ORDERED. Entered by Judge Kathleen Cardone. (This is a text-only entry generated by the court. There is no document associated with this entry.) (KC) (Entered: 11/10/2022) |
| 11/10/2022 | 2183 | ORDER APPOINTING COUNSEL as to Jose Guadalupe Diaz Diaz Philip J. Lynch for Jose Guadalupe Diaz Diaz appointed.. Signed by Judge Anne T. Berton. (mt) (Entered: 11/10/2022) |
| 11/10/2022 | | Attorney Louis E. Lopez, Jr terminated as to Jose Guadalupe Diaz Diaz. (mt) (Entered: 11/10/2022) |
| 11/10/2022 | 2184 | Amended Appeal of Final Judgment 2172 by Jose Guadalupe Diaz Diaz. No filing fee submitted (Lynch, Philip) (Entered: 11/10/2022) |
| 11/10/2022 | | AMENDED NOTICE OF APPEAL following 2184 Notice of Appeal (E-Filed) by Jose Guadalupe Diaz Diaz Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (ep1) (Entered: 11/14/2022) |
| 11/16/2022 | 2188 | TRANSCRIPT REQUEST by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo for proceedings held on 01/07/22-02/03/22 before Judge Kathleen Cardone. Proceedings Transcribed: Jury Trial. (Spitzer, Steven) (Entered: 11/16/2022) |

| | | |
|---|---|---|
| 11/17/2022 | 2190 | TRANSCRIPT REQUEST by Jose Guadalupe Diaz Diaz for dates of January 10, 2022 before Judge Hon. Kathleen Cardone,. Proceedings Transcribed: Hearing. Court Reporter: Nalene Benavides. re Notice of Appeal - Final Judgment,, Notice of Appeal - Final Judgment,, (Lynch, Philip) (Entered: 11/17/2022) |
| 11/17/2022 | 2191 | TRANSCRIPT REQUEST by Jose Guadalupe Diaz Diaz for dates of January 7, 2022; Jan 20 through February 3, 2022 before Judge Hon. Kathleen Cardone,. Proceedings Transcribed: Jury Selection and Trial. Court Reporter: Walter Chiriboga. re Notice of Appeal - Final Judgment,, Notice of Appeal - Final Judgment,, (Lynch, Philip) (Entered: 11/17/2022) |
| 11/17/2022 | 2192 | TRANSCRIPT REQUEST by Jose Guadalupe Diaz Diaz for dates of December 2, 2021; January 5, 2022; October 24, 2022 before Judge Hon. Kathleen Cardone,. Proceedings Transcribed: Status Conference, Pretrial Conference, Sentencing. Court Reporter: Walter Chiriboga. re Notice of Appeal - Final Judgment,, Notice of Appeal - Final Judgment,, (Lynch, Philip) (Entered: 11/17/2022) |
| 11/17/2022 | 2193 | TRANSCRIPT REQUEST by Jose Guadalupe Diaz Diaz for dates of January 19, 2022 before Judge Hon. Kathleen Cardone,. Proceedings Transcribed: Trial proceeding. Court Reporter: ECRO. re Notice of Appeal - Final Judgment,, Notice of Appeal - Final Judgment,, (Lynch, Philip) (Entered: 11/17/2022) |
| 11/29/2022 | 2196 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz held on 12/02/2021 Proceedings Transcribed: Status Conference. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/20/2022, Redacted Transcript Deadline set for 1/3/2023, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/14/2022, (wc) (Entered: 11/29/2022) |
| 11/29/2022 | 2197 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz held on 01/05/2022 Proceedings Transcribed: Pretrial Conference. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/20/2022, Redacted Transcript Deadline set for 1/3/2023, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/14/2022, (wc) (Entered: 11/29/2022) |
| 11/29/2022 | 2198 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz held on 10/24/2022 Proceedings Transcribed: Sentencing. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be |

| | | |
|---|---|---|
| | | made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/20/2022, Redacted Transcript Deadline set for 1/3/2023, Release of Transcript Restriction set for 2/27/2023, Appeal Record due by 12/14/2022, (wc) (Entered: 11/29/2022) |
| 11/29/2022 | 2215 | Appeal Remark --- USCA #22-50951 and USCA# 22-50956 have been consolidated. All future filings should be filed into the lead case which is USCA# 22-50951 as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (ep1) (ep1). (Entered: 11/29/2022) |
| 11/30/2022 | 2201 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz held on 01/19/2022 Proceedings Transcribed: Jury Trial. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/21/2022, Redacted Transcript Deadline set for 1/3/2023, Release of Transcript Restriction set for 2/28/2023, Appeal Record due by 12/15/2022, (wc) (Entered: 11/30/2022) |
| 11/30/2022 | 2202 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz and Martin Perez Marrufo held on January 10, 2022. Proceedings Transcribed: Miscellaneous Hearing. Court Reporter/Transcriber N. Benavides, Telephone number 915-834-0563. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 12/21/2022, Redacted Transcript Deadline set for 1/3/2023, Release of Transcript Restriction set for 2/28/2023, Appeal Record due by 12/15/2022, (nb) (Entered: 11/30/2022) |
| 12/12/2022 | 2203 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 01/07/2022 Proceedings Transcribed: Voir Dire. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2204 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 01/20/2022 Proceedings Transcribed: Jury Trial-Day2. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from |

| | | |
|---|---|---|
| | | the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2205 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 01/21/2022 Proceedings Transcribed: Jury Trial-Day3. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2206 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 01/24/2022 Proceedings Transcribed: Jury Trial-Day4. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2207 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 01/25/2022 Proceedings Transcribed: Jury Trial-Day 5. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2208 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 01/27/2022 Proceedings Transcribed: Jury Trial-Day 6. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such |

| | | Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
|---|---|---|
| 12/12/2022 | 2209 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 01/28/2022 Proceedings Transcribed: Jury Trial-Day 7. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2210 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 01/31/2022 Proceedings Transcribed: Jury Trial-Day 8. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2211 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 02/01/2022 Proceedings Transcribed: Jury Trial-Day 9. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2212 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 02/02/2022 Proceedings Transcribed: Jury Trial-Day 10. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not |

| | | |
|---|---|---|
| | | electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/12/2022 | 2213 | TRANSCRIPT filed of Proceedings as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo held on 02/03/2022 Proceedings Transcribed: Jury Trial-Day 11. Court Reporter/Transcriber Walter A. Chiriboga, Jr., Telephone number 9158340553. Tape Number: 01. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 1/3/2023, Redacted Transcript Deadline set for 1/12/2023, Release of Transcript Restriction set for 3/13/2023, Appeal Record due by 12/27/2022, (wc) (Entered: 12/12/2022) |
| 12/20/2022 | | Certified and Transmitted Record on Appeal USCA # 22-50951 as to Jose Guadalupe Diaz Diaz to US Court of Appeals re Notice of Appeal - Final Judgment,, (ep1) (Entered: 12/20/2022) |
| 12/27/2022 | | Certification of the Electronic Record on Appeal USCA # 22-50951 has been accepted by the 5th Circuit as to Jose Guadalupe Diaz Diaz re Notice of Appeal - Final Judgment,,. Attorneys are advised that they may now download the EROA from the Fifth Circuit CM/ECF site. Please click this link to download the instructions here (ep1) (Entered: 12/27/2022) |
| 12/27/2022 | 2218 (p.3411) | EXHIBITS 41A by USA as to Jose Guadalupe Diaz Diaz, Martin Perez Marrufo (Attachments: # 1 Exhibit 41A1)(ep1) (Entered: 12/27/2022) |

Record Excerpt 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br> )<br>ENRIQUE GUAJARDO LOPEZ, )<br> a/k/a "Kiki," a/k/a "Kike," )<br>JOSE ANTONIO ACOSTA HERNANDEZ, )<br> a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," )<br> a/k/a "Bablazo," )<br>EDUARDO RAVELO, )<br> a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas," )<br> a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," )<br> a/k/a "Boards," a/k/a "56," )<br>LUIS MENDEZ, )<br> a/k/a "Alex," a/k/a "58," )<br>ARTURO GALLEGOS CASTRELLON, )<br> a/k/a "Benny," a/k/a "Farmero," a/k/a "51," )<br> a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," )<br> a/k/a "86," )<br>RICARDO VALLES DE LA ROSA, )<br> a/k/a "Chino," a/k/a "Come Arroz," )<br> a/k/a "99," )<br>ALBERTO NUNEZ PAYAN, )<br> a/k/a "Fresa," a/k/a "Fresco," a/k/a "97," )<br>JOSE GUADALUPE DIAZ DIAZ, )<br> a/k/a "Zorro," a/k/a "79," a/k/a "80," )<br>MARTIN PEREZ MARRUFO, )<br> a/k/a "Popeye," a/k/a "89," )<br>LUIS HUMBERTO HERNANDEZ CELIS, )<br> a/k/a "Pac," a/k/a "Pacman," a/k/a "84," )<br>████████████ )<br> )<br>JOEL ABRAHAM CAUDILLO, )<br>HECTOR GALINDO, )<br> a/k/a "Silent," )<br>RAMON RENTERIA, )<br> a/k/a "Spook," a/k/a "Spooky," )<br>ROBERTO ANGEL CARDONA, )<br> a/k/a "Little Angelillo," )<br>MANNY LOPEZ, )<br> a/k/a "Manolin," a/k/a "Manny," )<br>OMAR LOPEZ, )<br> a/k/a "Pee Wee," )<br> )<br> | **S E A L E D**<br>**THIRD SUPERSEDING**<br>**INDICTMENT**<br><br>CRIMINAL NO. EP10CR2213<br><br>**CT 1**: 18 U.S.C. § 1962(d); Conspiracy to Conduct the Affairs of an Enterprise through a Pattern of Racketeering Activity.<br>**CT 2**: 21 U.S.C. § 846; Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances.<br>**CT 3**: 21 U.S.C. § 963; Conspiracy to Import Controlled Substances.<br>**CT 4**: 18 U.S.C. § 1956(h); Conspiracy to Launder Monetary Instruments.<br>**CT 5**: 18 U.S.C. § 956(a)(1); Conspiracy to Kill Persons in a Foreign Country.<br>**CT 6-8**: 18 U.S.C. § 924(c) & (j); Murder Resulting from the Use and Carrying of a Firearm During and in Relation to Crimes of Violence and Drug Trafficking.<br>**CTS 9-11**: 18 U.S.C. § 1959(a)(1); Murder in Aid of Racketeering Activity.<br>**CTS 12**: 18 U.S.C. § 1512(c)(1); Obstruction of Justice. |

JESUS ESPINO,                                        )
DAVID CONDE,                                         )
  a/k/a "Chucky,"                          )
JORGE DIAZ,                                          )
  a/k/a "Payaso," a/k/a "Narizon,"         )
YOLANDA BARBA CHAVIRA,                               )
  a/k/a "Yoli,"                             )
DESIREE GAMBOA CARDONA,                              )
APRIL CARDOZA,                                       )
FABIAN RODRIGUEZ,                                    )
  a/k/a "Shamu," a/k/a "Shamoo,"           )
TOMAS ROBERTS,                                       )
  a/k/a "Taz,"                              )
DELIA CERVANTES,                                     )
  a/k/a "Guera,"                            )
RIGOBERTO FRAGOSO,                                   )
  a/k/a "Rigo,"  a/k/a "Peluco,"           )
ADAM GARCIA,                                         )
  a/k/a "Bad Boy,"                          )
ALBERT MENDOZA,                                      )
  a/k/a "Igor,"                             )
CARLOS PEREZ,                                        )
  a/k/a "Bandit,"                           )
RICARDO GONZALES,                                    )
  a/k/a "Cuate,"                            )
ANGEL RENTERIA,                                      )
  a/k/a "Primo,"                            )
LORENZO ESPINO,                                      )
  a/k/a "Lencho," a/k/a "Oso,"             )
SANTIAGO LUCERO,                                     )
  a/k/a "Sonny," and                        )
JUAN MANUEL VISCAINO AMARO,                          )
  a/k/a "Porky,"                            )
                                                    )
    Defendants.                  )

-2-

# INTRODUCTION

## THE RACKETEERING ENTERPRISE
### The "Barrio Azteca" Enterprise

The Grand Jury charges:

1.      At all times relevant to this Third Superseding Indictment, in the Western District

of Texas and elsewhere, the defendants,

**ENRIQUE GUAJARDO LOPEZ,**
a/k/a "Kiki," a/k/a "Kike,"
**JOSE ANTONIO ACOSTA HERNANDEZ,**
a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez,"
a/k/a "Bablazo,"
**EDUARDO RAVELO,**
a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"
a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"
a/k/a "Boards," a/k/a "56,"
**LUIS MENDEZ,**
a/k/a "Alex," a/k/a "58,"
**ARTURO GALLEGOS CASTRELLON,**
a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"
a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"
**RICARDO VALLES DE LA ROSA,**
a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"
**ALBERTO NUNEZ PAYAN,**
a/k/a "Fresa," a/k/a "Fresco," a/k/a "97,"
**JOSE GUADALUPE DIAZ DIAZ,**
a/k/a "Zorro," a/k/a "79," a/k/a "80,"
**MARTIN PEREZ MARRUFO,**
a/k/a "Popeye," a/k/a "89,"
**LUIS HUMBERTO HERNANDEZ CELIS,**
a/k/a "Pac," a/k/a "Pacman," a/k/a "84,"

██████████████

**JOEL ABRAHAM CAUDILLO,**
**HECTOR GALINDO,**
a/k/a "Silent,"
**RAMON RENTERIA,**
a/k/a "Spook," a/ka "Spooky,"
**ROBERTO ANGEL CARDONA,**
a/k/a "Little Angelillo,"
**MANNY LOPEZ,**
a/k/a "Manolin," a/ka "Manny,"
**OMAR LOPEZ,**

3

a/k/a "Pee Wee,"
JESUS ESPINO,
DAVID CONDE,
a/k/a "Chucky,"
JORGE DIAZ,
a/k/a "Payaso," a/k/a "Narizon,"
APRIL CARDOZA,
FABIAN RODRIGUEZ,
a/k/a "Shamu," a/k/a "Shamoo,"
TOMAS ROBERTS,
a/k/a "Taz,"
RIGOBERTO FRAGOSO,
a/k/a "Rigo," a/k/a "Peluco,"
ADAM GARCIA,
a/k/a "Bad Boy,"
ALBERT MENDOZA,
a/k/a "Igor,"
CARLOS PEREZ,
a/k/a "Bandit,"
RICARDO GONZALES,
a/k/a "Cuate"
ANGEL RENTERIA,
a/k/a "Primo,"
LORENZO ESPINO,
a/k/a "Lencho," a/k/a "Oso,"
SANTIAGO LUCERO,
a/k/a "Sonny," and
JUAN MANUEL VISCAINO AMARO,
a/k/a "Porky,"

and others known and unknown were members and associates of a criminal organization

engaged in murder, attempted murder, conspiracy to commit murder, extortion, money

laundering, importation of controlled substances, and distribution of controlled substances and

possession with the intent to distribute controlled substances. At all relevant times, this

organization has operated in the Western District of Texas and elsewhere, and has been and is

known as the Barrio Azteca(s) and will be referred to hereinafter in this Third Superseding

indictment as the "Barrio Azteca" or "BA." The BA, including its leadership, membership, and

associates constituted an "enterprise," as defined by Title 18, United States Code, Section

4

1961(4) (hereinafter "the enterprise"), that is to say, a group of individuals associated in fact. The enterprise was engaged in and its activities affected interstate and foreign commerce, and constituted an ongoing organization. The BA criminal enterprise is an illegal association in fact entity. The BA, also known as "Familia Azteca," was formed in 1986 by inmates located primarily in the Texas Department of Criminal Justice (TDCJ) prison system. The purpose of the BA was to unite inmates that were native to the El Paso, Texas, and West Texas area. The original members of the BA created a charter or rules, also known as "sacred rules," which set out a command structure, or hierarchy of ranks and their authority. These rules provide for a mechanism for promotion, demotion, and replacement of ranking members within the BA. The BA leadership ranks are the following: the Capo Mayor, Captains, Lieutenants, Sergeants, and Soldiers, also known as "indios." It is the responsibility of the soldier to carry out the orders of the ranking membership. BA members refer to one another as "carnal." A person wishing to join the BA is called a "prospecto" or "esquina."

### Purposes of the Enterprise

2.  The purposes of the enterprise included the following:

    a.  Enriching the members and associates of the enterprise through, among other things, murder, assault, extortion, money laundering, and distribution of narcotics;

    b.  Preserving and protecting the power, territory, and profits of the enterprise through the use of intimidation, violence, threats of violence, assaults, and murder;

    c.  Promoting and enhancing the enterprise and its members' and associates' activities; and

    d.  Keeping victims and others in fear of the enterprise and in fear of its members and associates through violence and threats of violence.

22-50951.279

3.      The BA has expanded its sphere of influence to include the TDCJ, the Federal Bureau of Prisons (BOP), and various cities in West Texas and Ciudad Juarez, Chihuahua, Mexico.  The BA has also entered into an alliance with the Vicente Carrillo-Fuentes drug trafficking organization (VCFDTO) in Ciudad Juarez, Chihuahua, Mexico.  As part of this alliance, BA members import, export, and transport controlled substances, as well as conduct enforcement operations, for the VCFDTO.  The VCFDTO in exchange pays the BA for these services, or provides the BA with controlled substances at discount prices.   The BA has further subdivided its enterprise and developed geographical groups to better serve the criminal aims of the organization.  These groups include, but are not limited to, the cities of Ciudad Juarez and Chihuahua City, Chihuahua, Mexico, and El Paso, Midland, and Odessa, Texas.  Each of these geographical groups has some autonomy in deciding how it will achieve its criminal aims, but always within the framework and rules of the overarching BA criminal enterprise.  The City of Ciudad Juarez, Chihuahua, Mexico, is further subdivided into difference sectors that include: Benito Juarez, Chihuahua, Delicias, Aldama, Zaragoza, and Babicora.  The city of El Paso, Texas, is also subdivided into different subsections similar to the political subdivisions in the city, such as:  Central, Northeast, Eastside, Lower Valley, Horizon, Socorro, and Westside.  The Westside of El Paso also consists of areas of New Mexico, from Sunland Park through Las Cruces.

4.      In furtherance of the enterprise, BA members collect a street tax, also known as "cuota," "quota," "renta," or "taxes."  The proceeds from the "cuota" are used to support members of the BA who are arrested, to pay for lawyers, bail bonds, fines, and any other fee associated with legal proceedings.  The proceeds from the "cuota" are also used to purchase money orders, which are mailed through the United States Postal Service (USPS) to inmate

6

accounts. The proceeds are also reinvested back into the BA enterprise activities for the purchase of assets, commodities, and other property that are related to the day-to-day function of the BA, including firearms, ammunition, and controlled substances.

### Manner and Means of the Conspiracy

### Rules

5.      The original BA members developed a vocabulary, sacred rules, and chain of command. These rules direct BA members to be loyal, obey, protect, and serve the "family" as dictated by ranking members. New members are introduced to these rules by their "Padrinos," or individuals who serve as mentors for the new prospects entering the criminal enterprise. BA members are bound by a strict set of rules that ensure loyalty and participation in the enterprise's criminal activities. The rules require that a member must continue his participation in the organization after being released from prison. Membership is for life, and loyalty to the BA and its members take precedence over any other relationship. A violation of the BA rules or orders may result in harsh penalties, including death. An order to carry out a punishment involving assault or murder is commonly referred to as a "green light" or "X." A "calentada" is a less severe form of punishment involving some lesser form of assault. The strict rules and harsh discipline governing the BA help insure that members and associates will function as a continuing unit, despite any changes in leadership or membership.

6.      It is a common practice for some, but not necessarily all, BA members to have BA tattoos. These tattoos commonly include the letters "B A" or "21" or the corresponding roman numeral "XXI," as a numerical representation of the letters "B" and "A." Other tattoos include the numbers "915," a reference to the El Paso, Texas, area code, and "El Paso Texas."

7

Many BA members also obtain tattoos representing aspects of the ancient Aztec culture, such as Aztec warriors, calendars, and temples, among others.

7.      The BA rules provide that loyalty to the BA or "Familia" is paramount and superior to loyalties to God, country, family, or friends. All BA members are expected to know the rules of the BA and strictly abide by them. It is understood that BA members may be chosen to undertake a particular task, including murder and other criminal activity. The target of a particular order may be a fellow BA member, blood relative, friend, or other associate of the person who is given the order. Regardless of the intended victim, or possible consequences, an order must be carried out by the BA member chosen for the task. If the BA member does not carry out the task, typically referred to as a "jale" or job, he will be subject to disciplinary actions by the BA enterprise.

## Communications

8.      BA members who are incarcerated throughout the United States and Mexico continue to participate in the operations of the BA criminal enterprise from their prison cells by communicating through letters, telephone calls, and prison visits with other BA members and associates, friends, and family members. The BA leadership controls all BA members who are incarcerated in the United States and Mexico, as well as those BA members operating outside the prison system, which BA members and associates sometimes refer to as the "free world." The BA enterprise utilizes the USPS to send and receive letters between BA members who are in prison and those who are in the "free world." The BA membership mails its directives using U.S. and Mexican postal services. The letters written by BA members are written in English, Spanish, or a combination of the two languages. These letters are sometimes called "kites" or "whilas." BA members will often utilize an individual as a conduit to receive or send letters

8

from another BA member or associate. These conduits are called "bridges." The conduits will sometimes use fictitious names and addresses ("bridge addresses") to send and receive letters and money orders to BA members who are incarcerated. The use of these conduits is intended to prevent law enforcement from finding out the identities or source of the true correspondents and the final destination of the letters.

9.      BA members also use telephone communications to discuss BA enterprise affairs. BA members who are incarcerated coordinate telephone calls with BA members and associates to give out orders. The BA enterprise uses intrastate, interstate, and foreign telephone communication facilities to further the affairs of the BA enterprise.

10.     Coded language is frequently utilized in written and oral BA communications, in order to mislead law enforcement as to the true message contained in the communication. The BA will also change the code or create transaction-specific codes to thwart law enforcement. Examples of BA coded language include "X'ed out" (former BA member), "green light" (authorization to assault or murder), and "tienda" (couta paying associate). A BA member who has fallen out of favor might be referred to in the feminine tense or as an "X." The BA will also use pseudonyms or fictitious names and addresses in letters and during oral communications.

11.     The BA holds meetings on a regular basis to discuss BA criminal enterprise business. These meetings typically call for the membership of a particular area or subdivision to attend. Some meetings will be attended by only key members. The frequency of these meetings is determined on an "as needed" basis. A meeting may be held to read and explain a letter from a captain giving the BA in the "free world" certain orders or directives.

9

22-50951.283

## COUNT ONE
(RICO Conspiracy)
18 U.S.C. § 1962(d)

The Grand Jury further charges:

12.     The allegations set forth in Paragraphs 1 through 11 of this Third Superseding Indictment are hereby realleged and incorporated by reference as if fully set forth herein.

13.     Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this Third Superseding Indictment, both dates being approximate and inclusive, within the Western District of Texas and elsewhere, the defendants,

**ENRIQUE GUAJARDO LOPEZ,**
a/k/a "Kiki," a/k/a "Kike,"
**JOSE ANTONIO ACOSTA HERNANDEZ,**
a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"
**EDUARDO RAVELO,**
a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"
a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"
a/k/a "Boards," a/k/a "56,"
**LUIS MENDEZ,**
a/k/a "Alex," a/k/a "58,"
**ARTURO GALLEGOS CASTRELLON,**
a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"
a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"
**RICARDO VALLES DE LA ROSA,**
a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"
**ALBERTO NUNEZ PAYAN,**
a/k/a "Fresa," a/k/a "Fresco," a/k/a "97,"
**JOSE GUADALUPE DIAZ DIAZ,**
a/k/a "Zorro," a/k/a "79," a/k/a "80,"
**MARTIN PEREZ MARRUFO,**
a/k/a "Popeye," a/k/a "89,"
**LUIS HUMBERTO HERNANDEZ CELIS,**
a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"

████████████████████

**JOEL ABRAHAM CAUDILLO,**
**HECTOR GALINDO,**
a/k/a "Silent,"
**RAMON RENTERIA,**
a/k/a "Spook," a/k/a "Spooky,"

22-50951.284

ROBERTO ANGEL CARDONA,
a/k/a "Little Angelillo,"
MANNY LOPEZ,
a/k/a "Manolin," a/k/a "Manny,"
OMAR LOPEZ,
a/k/a "Pee Wee,"
JESUS ESPINO,
DAVID CONDE,
a/k/a "Chucky,"
JORGE DIAZ,
a/k/a "Payaso," a/k/a "Narizon,"
APRIL CARDOZA,
FABIAN RODRIGUEZ,
a/k/a "Shamu," a/k/a "Shamoo,"
TOMAS ROBERTS,
a/k/a "Taz,"
RIGOBERTO FRAGOSO,
a/k/a "Rigo," a/k/a "Peluco,"
ADAM GARCIA,
ALBERT MENDOZA,
a/k/a "Igor,"
a/k/a "Bad Boy,"
CARLOS PEREZ,
a/k/a "Bandit,"
RICARDO GONZALES,
a/k/a "Cuate"
ANGEL RENTERIA,
a/k/a "Primo,"
LORENZO ESPINO,
a/k/a "Lencho," a/k/a "Oso,"
SANTIAGO LUCERO,
a/k/a "Sonny," and
JUAN MANUEL VISCAINO AMARO,
a/k/a "Porky,"

being persons employed by and associated with the Barrio Azteca enterprise, which engaged in, and the activities of which affected, interstate and foreign commerce, knowingly combined, conspired, confederated, and agreed together, and with others known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 1962(c), that is to say, to conduct and participate, directly and indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, as that term is defined in Sections 1961(1) and 1961(5) of Title

11

18, United States Code, consisting of multiple acts indictable under the following provisions of federal law:

a.   21 U.S.C. §§ 841(a)(1), 846, 952 and 963 (involving trafficking and importation of narcotics and conspiracies to commit trafficking and importation of narcotics, including heroin, cocaine, and marijuana);

b.   18 U.S.C. § 956(a)(1) (involving conspiracy to kill in a foreign country);

c.   18 U.S.C. § 1512 (involving obstruction of justice);

d.   18 U.S.C. § 1513 (involving retaliation against a person providing information to United States law enforcement);

e.   18 U.S.C. § 1951 (a) (involving robbery and extortion); and

f.   18 U.S.C. §§ 1956 (a)(1)(A)(i), (B)(i), (2)(A), (B)(i) and (h) (involving conspiracy to launder monetary instruments).

14.    It was further part of the conspiracy that the defendants agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the enterprise.

## OVERT ACTS

15.    In furtherance of the conspiracy and as part of the manner and means of the enterprise and to effect the objects thereof, at least one of the co-conspirators herein committed one or more of the following overt acts, among others, in the Western District of Texas and elsewhere:

a)    From on or about January 1, 2003, and continuing until the date of this Third Superseding Indictment, BA members and associates known and unknown to the Grand Jury, possessed with the intent to distribute heroin, cocaine, and marijuana.

22-50951.286

b)      From on or about January 1, 2003, and continuing until the date of this Third Superseding Indictment, BA members and associates known and unknown to the Grand Jury, distributed heroin, cocaine, and marijuana.

c)      From on or about January 1, 2003, and continuing until the date of this Third Superseding Indictment, BA members and associates known and unknown to the Grand Jury, transported heroin, cocaine, and marijuana from Mexico into the Western District of Texas for distribution.

d)      From on or about January 1, 2003, and continuing until the date of this Third Superseding Indictment, BA members and associates known and unknown to the Grand Jury, caused money to be deposited into the commissary accounts of BA members known and unknown to the Grand Jury, who were incarcerated in prison facilities located in the United States.

e)      On or about December 6, 2003, a BA member, incarcerated in a U.S. federal prison facility, and a BA associate, both known to the Grand Jury, had a telephone conversation. The BA associate told the BA member that there were personnel changes in Ciudad Juarez, Chihuahua, Mexico. The BA associate stated that the new leadership in Ciudad Juarez, Chihuahua, Mexico, was providing money to be forwarded to prison commissary accounts located in the United States.

f)      On or about April 23, 2004, **ROBERTO ANGEL CARDONA, a/k/a "Little Angelillo,"** possessed approximately 1 ounce of heroin in El Paso, Texas.

g)      On or about July 28, 2004, during a telephone conversation between a BA member, incarcerated in a U.S. federal prison facility, and a BA associate known to the Grand Jury, the BA member stated that he was recently transferred to the Bureau of Prisons facility in

13

Pollock, Louisiana, with other BA members. The BA member gave to the BA associate his mailing address and instructed her to tell **EDUARDO RAVELO, a/k/a "Tablas," a/k/a Tablero," a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56,"** to send him money. The BA associate also to the told BA member that she also was trying to contact **RAVELO** to ask him for money to send to another BA member, known to the Grand Jury, who was incarcerated in a prison facility located within the United States.

h)       On or about July 30, 2004, a BA associate and BA member, incarcerated in a U.S. federal prison facility, both known to the Grand Jury, had a telephone conversation. The BA member told the BA associate that he wrote a letter to **EDUARDO RAVELO, a/k/a "Tablas," a/k/a  Tablero," a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56,"** but had not received a response in return. The BA member also told the BA associate that another BA member, known to the Grand Jury, was going to be transferred to a prison facility in Marion, Illinois.

i)       On or about July 31, 2004, a BA associate and BA member, incarcerated in a U.S. federal prison facility, both known to the Grand Jury, had a telephone conversation. The BA associate told the BA Member that she met with **EDUARDO RAVELO, a/k/a "Tablas," a/k/a Tablero," a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56,"** and passed on the BA member's information to **RAVELO**, and that **RAVELO** was going to send the BA member some money. The BA member and associate discussed over the telephone an indictment containing references to "money orders." The BA associate told BA member that she talked to **RAVELO** about the references to money orders in the indictment. The BA member asked the BA associate to provide **RAVELO** with a copy of the indictment and discovery material. The BA member discussed over the telephone how the information

14

regarding cooperating persons was redacted to hide information relating to cooperating BA members. The BA member asked the BA associate if she passed on certain information to **RAVELO**, and whether his letter arrived. The BA member asked the BA associate to find out if money had been sent to him.

j)      On August 9, 2004, two BA members, one incarcerated in a U.S. federal prison facility and the other in Ciudad Juarez, Chihuahua, Mexico, both known to the Grand Jury, had two separate telephone conversations. During these telephone conversations, the BA members discussed drug trafficking problems and the need to restructure the BA leadership.

k)      In or about August 2005, BA members known and unknown to the Grand Jury, kidnapped a person in El Paso, Texas, and later transported him against his will to Ciudad Juarez, Chihuahua, Mexico.

l)      From in or about the late fall of 2005 and continuing until the date of this Third Superseding Indictment, **JOEL ABRAHAM CAUDILLO** and other BA members and associates received vehicles in Ciudad Juarez, Chihuahua, Mexico, that were registered and insured in the United States for purposes of stealing the vehicles and facilitating insurance fraud.

m)      From in or about the late fall of 2005 and continuing until the date of this Third Superseding Indictment, **JOEL ABRAHAM CAUDILLO** and other BA members and associates purchased guns and ammunition located in the Western District of Texas.

n)      From in or about the late fall of 2005 and continuing until the date of this Third Superseding Indictment, **JOEL ABRAHAM CAUDILLO** and other BA members and associates received guns and ammunition in Ciudad Juarez, Chihuahua, Mexico, from the Western District of Texas.

15

o)       On or about August 14, 2006, a BA member, incarcerated in a Texas state prison facility, known to the Grand Jury, mailed a letter addressed to "Sally Cardoza" – a bridge.  In the letter, the BA member asked why money had not been sent as previously directed.   The BA member also asked about a person who wanted to open a "tienda" without having to pay the "cuota."

p)       On or about September 15, 2006, a BA associate, known to the Grand Jury, possessed with the intent to distribute approximately 18 pounds of heroin, while traveling in a bus through Kansas City, Missouri, destined for New York, New York.

q)       On or about November 8, 2006, a BA member, known to the Grand Jury, delivered approximately 82.75 kilograms of cocaine, in El Paso, Texas.

r)       On or about December 6, 2006, a BA member killed Jose Luis Oviedo in El Paso, Texas, by shooting Jose Luis Oviedo with a gun.

s)       On or about March 26, 2007, a BA member, known to the Grand Jury, arrived in El Paso, Texas, from New York, New York, with $20,000.00 in U.S. currency concealed in luggage.

t)       On or about April 12, 2007, a BA member, known to the Grand Jury, discussed over the telephone the sale/purchase of 47 lbs. of marijuana with a male person.

u)       On or about April 13, 2007, two BA members, known to the Grand Jury, discussed over the telephone the sale/purchase of 10 kilograms of cocaine.

v)       On or about April 19, 2007, a BA member, known to the Grand Jury, discussed over the telephone the sale/purchase of 150 lbs. of marijuana with various persons.

w)       On or about May 8, 2007, a BA member, known to the Grand Jury, discussed over the telephone the sale/purchase of 3 kilograms of cocaine with an unidentified person.

16

x)  On or about May 14, 2007, BA members, known to the Grand Jury, discussed over the telephone the sale/purchase of 4 kilograms of cocaine.

y)  On or about May 15, 2007, a BA member, known to the Grand Jury, discussed over the telephone the sale/purchase of 1 kilogram of cocaine with an unidentified person.

z)  On or about May 25, 2007, a BA member, known to the Grand Jury, discussed over the telephone the sale/purchase of 1 kilogram of cocaine with an unidentified person.

aa)  On or about May 28, 2007, a BA member, known to the Grand Jury, discussed over the telephone the sale/purchase of a kilogram of cocaine with an unidentified person.

bb)  On or about May 29, 2007, a BA member, known to the Grand Jury, discussed during a series of telephone calls the sale of 100 lbs. of marijuana with an unidentified person.

cc)  On or about May 30, 2007, a BA member, known to the Grand Jury, discussed over the telephone the sale/purchase of 2 kilograms of cocaine with an unidentified person.

dd)  In or about the summer of 2007, **ROBERTO ANGEL CARDONA, a/k/a "Little Angelillo,"** and other BA members known and unknown to the Grand Jury, kidnapped a person in El Paso, Texas, and later transported him against his will to Ciudad Juarez, Chihuahua, Mexico.

ee)  From at least 2007, and continuing until the date of this Third Superseding Indictment, **ENRIQUE GUAJARDO LOPEZ, a/k/a "Kiki," a/k/a "Kike," JOSE ANTONIO ACOSTA HERNANDEZ, a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo," EDUARDO RAVELO, a/k/a "Tablas," a/k/a Tablero," a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56," LUIS MENDEZ, a/k/a "Alex," a/k/a "58," ARTURO GALLEGOS CASTRELLON, a/k/a "Benny," a/k/a Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86," RICARDO**

17

VALLES DE LA ROSA, a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99," ALBERTO

NUNEZ PAYAN, a/k/a "Fresa," a/k/a "Fresco," a/k/a "97," JOSE GUADALUPE DIAZ

DIAZ, a/k/a "Zorro," a/k/a "79," a/k/a "80," MARTIN PEREZ MARRUFO, a/k/a

"Popeye," a/k/a "89," LUIS HUMBERTO HERNANDEZ CELIS, a/k/a "Pac," a/k/a

"Pak," a/k/a "Pacman," a/k/a "84," ███████████████████████

████████ and other BA members and associates monitored radios they used to conduct

criminal business.

     ff)    From at least 2007, and continuing until the date of this Third Superseding

Indictment, ENRIQUE GUAJARDO LOPEZ, a/k/a "Kiki," a/k/a "Kike," JOSE

ANTONIO ACOSTA HERNANDEZ, a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a

"Bablazo," EDUARDO RAVELO, a/k/a "Tablas," a/k/a Tablero," a/k/a "T-Blas," a/k/a

"2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56," LUIS MENDEZ,

a/k/a "Alex," a/k/a "58," ARTURO GALLEGOS CASTRELLON, a/k/a "Benny," a/k/a

Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86," RICARDO

VALLES DE LA ROSA, a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99," ALBERTO

NUNEZ PAYAN, a/k/a "Fresa," a/k/a "Fresco," a/k/a "97," JOSE GUADALUPE DIAZ

DIAZ, a/k/a "Zorro," a/k/a "79," a/k/a "80," MARTIN PEREZ MARRUFO, a/k/a

"Popeye," a/k/a "89," LUIS HUMBERTO HERNANDEZ CELIS, a/k/a "Pac," a/k/a

"Pak," a/k/a "Pacman," a/k/a "84," ███████████████████████

████████ and other BA members and associates used radios to communicate with others.

     gg)    On or about, January 30, 2008, a BA member, known to the Grand Jury, from the

Westside of El Paso distributed approximately 50 grams of heroin.

18

22-50951.292

hh)     On or about, March 14, 2008, a BA member wrote to two other BA members, all known to the Grand Jury, a letter that ordered the killing of BA member David Merez, a/k/a "Chicho."

ii)     On or about March 28, 2008, persons unknown to the Grand Jury killed David Merez, a/k/a "Chicho," in Ciudad Juarez, Chihuahua, Mexico.

jj)     On or about, June 3, 2008, a BA member, known to the Grand Jury, from the Westside of El Paso distributed approximately 1 ounce of heroin.

kk)     On or about June 19, 2008, BA members, unknown to the Grand Jury, from the Westside of El Paso distributed approximately 166 grams of cocaine.

ll)     On or about, July 2, 2008, a BA member, known to the Grand Jury, from the Westside of El Paso distributed approximately two hundred and forty-nine grams of cocaine.

mm)     On or about July 2, 2009, four BA members, all known to the Grand Jury, caused two persons to be shot and killed at the A&M Bar in Socorro, Texas.

nn)     On or about September 18, 2009, **ADAM GARCIA, a/k/a "Bad Boy,"** possessed approximately 1 ounce of cocaine and approximately 1 ½ pounds of marijuana in El Paso, Texas.

oo)     On or about February 25, 2010, **TOMAS ROBERTS, a/k/a "Taz,"** and **FABIAN RODRIGUEZ, a/k/a "Shamu," a/k/a "Shamoo,"** distributed a ½ ounce of heroin and a ½ ounce of cocaine in El Paso, Texas.

pp)     From at least February 25, 2010, and continuing until the date of this Third Superseding Indictment, **HECTOR GALINDO, a/k/a "Silent," RAMON RENTERIA, a/k/a "Spook," a/k/a "Spooky," MANNY LOPEZ, a/k/a "Manolin," a/k/a "Manny," OMAR LOPEZ, a/k/a "Pee Wee," JESUS ESPINO, DAVID CONDE, a/k/a "Chucky," JORGE DIAZ, a/k/a "Payaso," a/k/a "Narizon," YOLANDA BARBA CHAVIRA, a/k/a "Yoli, "**

19

DESIREE GAMBOA CARDONA, FABIAN RODRIGUEZ, a/k/a "Shamu," a/k/a
"Shamoo," TOMAS ROBERTS, a/k/a "Taz," DELIA CERVANTES, a/k/a "Guera,"
RIGOBERTO FRAGOSO, a/k/a "Rigo," a/k/a "Peluco," ADAM GARCIA, a/k/a "Bad
Boy," ALBERT MENDOZA, a/k/a "Igor," CARLOS PEREZ, a/k/a "Bandit," RICARDO
GONZALES, a/k/a "Cuate," ANGEL RENTERIA, a/k/a "Primo," LORENZO ESPINO,
a/k/a "Lencho," a/k/a "Oso," SANTIAGO LUCERO, a/k/a "Sonny," and JUAN MANUEL
VISCAINO AMARO, a/k/a "Porky," and other BA members and associates used telephones to
facilitate the distribution of drugs, collection and distribution of drug proceeds and cuota, and
other criminal conduct in furtherance of the enterprise.

qq)     On or about March 13, 2010, in Juarez, Mexico, **RICARDO VALLES DE LA
ROSA, a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"** called a person unknown to the Grand
Jury, in the Western District of Texas, and received verification of the description of a person
who was targeted to be murdered.

rr)     On or about March 13, 2010, **ENRIQUE GUAJARDO LOPEZ, a/k/a "Kiki,"
a/k/a "Kike," JOSE ANTONIO ACOSTA HERNANDEZ, a/k/a "Diego," a/k/a
"Dienton," a/k/a "Diez," a/k/a "Bablazo," EDUARDO RAVELO, a/k/a "Tablas," a/k/a
Tablero," a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards,"
a/k/a "56," LUIS MENDEZ, a/k/a "Alex," a/k/a "58," ARTURO GALLEGOS
CASTRELLON, a/k/a "Benny," a/k/a Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas,"
a/k/a "Tury," a/k/a "86," RICARDO VALLES DE LA ROSA, a/k/a "Chino," a/k/a
"Come Arroz," a/k/a "99," JOSE GUADALUPE DIAZ DIAZ, a/k/a "Zorro," a/k/a "79,"
a/k/a "80," MARTIN PEREZ MARRUFO, a/k/a "Popeye," a/k/a "89," LUIS
HUMBERTO HERNANDEZ CELIS, a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a**

22-50951.294

"84," ███████████████████████████ and other BA members

and associates directed others to the location of a person who was targeted to be murdered.

   ss)  On or about March 13, 2010, **ENRIQUE GUAJARDO LOPEZ, a/k/a "Kiki,"** **a/k/a "Kike," JOSE ANTONIO ACOSTA HERNANDEZ, a/k/a "Diego," a/k/a "Dienton,"** **a/k/a "Diez," a/k/a "Bablazo," EDUARDO RAVELO, a/k/a "Tablas," a/k/a Tablero,"** **a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56,"** **LUIS MENDEZ, a/k/a "Alex," a/k/a "58," ARTURO GALLEGOS CASTRELLON, a/k/a** **"Benny," a/k/a Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a** **"86," RICARDO VALLES DE LA ROSA, a/k/a "Chino," a/k/a "Come Arroz," a/k/a** **"99," JOSE GUADALUPE DIAZ DIAZ, a/k/a "Zorro," a/k/a "79," a/k/a "80," MARTIN** **PEREZ MARRUFO, a/k/a "Popeye," a/k/a "89," LUIS HUMBERTO HERNANDEZ** **CELIS, a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"** ███████████ ████████████████████ and other BA members and associates, caused Leslie

Ann Enriquez Catton, an employee of the United States Consulate, to be shot and killed in

Ciudad Juarez, Chihuahua, Mexico.

   tt)  On or about March 13, 2010, **ENRIQUE GUAJARDO LOPEZ, a/k/a "Kiki,"** **a/k/a "Kike," JOSE ANTONIO ACOSTA HERNANDEZ, a/k/a "Diego," a/k/a** **"Dienton," a/k/a "Diez," a/k/a "Bablazo," EDUARDO RAVELO, a/k/a "Tablas," a/k/a** **Tablero," a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards,"** **a/k/a "56," LUIS MENDEZ, a/k/a "Alex," a/k/a "58," ARTURO GALLEGOS** **CASTRELLON, a/k/a "Benny," a/k/a Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas,"** **a/k/a "Tury," a/k/a "86," RICARDO VALLES DE LA ROSA, a/k/a "Chino," a/k/a** **"Come Arroz," a/k/a "99," JOSE GUADALUPE DIAZ DIAZ, a/k/a "Zorro," a/k/a "79,"**

22-50951.295

a/k/a "80," MARTIN PEREZ MARRUFO,  a/k/a "Popeye," a/k/a "89," LUIS

HUMBERTO HERNANDEZ CELIS,  a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a

"84," ███████████████████████████ and other BA members

and associates, caused Arthur Redelfs, the spouse of Leslie Ann Enriquez Catton, an employee

of the United States Consulate, to be shot and killed in Ciudad Juarez, Chihuahua, Mexico.

uu)     On or about March 13, 2010, **ENRIQUE GUAJARDO LOPEZ,  a/k/a "Kiki,"**

**a/k/a "Kike,"  JOSE ANTONIO ACOSTA HERNANDEZ, a/k/a "Diego," a/k/a "Dienton,"**

**a/k/a "Diez," a/k/a "Bablazo,"  EDUARDO RAVELO, a/k/a "Tablas," a/k/a  Tablero,"**

**a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56,"**

**LUIS MENDEZ, a/k/a "Alex," a/k/a "58," ARTURO GALLEGOS CASTRELLON, a/k/a**

**"Benny," a/k/a  Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a**

**"86," RICARDO VALLES DE LA  ROSA,  a/k/a "Chino," a/k/a "Come Arroz," a/k/a**

**"99," JOSE GUADALUPE DIAZ DIAZ, a/k/a "Zorro," a/k/a "79," a/k/a "80," MARTIN**

**PEREZ MARRUFO,  a/k/a "Popeye," a/k/a "89," LUIS HUMBERTO HERNANDEZ**

**CELIS,  a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"** ███████████████

███████████████ and other BA members and associates, caused Jorge

Alberto Salcido Ceniceros, the spouse of Hilda Edith Antillon Jimenez, an employee of the

United States Consulate, to be shot and killed in Ciudad Juarez, Chihuahua, Mexico.

vv)     On or about March 13, 2010, **JOEL ABRAHAM CAUDILLO** and others

attempted to destroy one of the vehicles used in the killing of Jorge Alberto Salcido Ceniceros.

ww)     On or about April 25, 2010, **ROBERTO ANGEL  CARDONA, a/k/a "Little**

**Angelillo,"** and another BA member, known to Grand Jury, caused 14 ounces of black tar heroin

to be delivered to the Montana Motel located at 4635 Montana Avenue, El Paso, Texas

22

xx)  On or about June 26, 2010, at approximately 6:19 p.m., **MANUEL LOPEZ,
a/k/a "Manolin," a/k/a "Manny,"** and another BA member incarcerated in a U.S. federal prison
facility, known to the Grand Jury, discussed over the telephone a lost heroin shipment.

yy)  On or about June 26, 2010, at approximately 10:49 a.m., **MANUEL LOPEZ,
a/k/a "Manolin," a/k/a "Manny,"** and **RAMON RENTERIA, a/k/a "Spook," a/k/a
"Spooky,"** while incarcerated in a U.S. federal prison facility, discussed over the telephone
redirecting a drug shipment.

zz)  On or about July 11, 2010, at approximately 11:17 a.m., **MANUEL LOPEZ,
a/k/a "Manolin," a/k/a "Manny,"** and another BA member incarcerated in a U.S. federal prison
facility, known to the Grand Jury, discussed over the telephone investigating other BA members
to determine whether they were cooperating with law enforcement.

aaa)  On or about July 21, 2010, at approximately 12:21 p.m., **MANUEL LOPEZ,
a/k/a "Manolin," a/k/a "Manny,"** and another BA member incarcerated in a U.S. federal prison
facility, known to the Grand Jury, discussed over the telephone sending a shipment of drugs from
Ciudad Juarez, Chihuahua, Mexico, to the United States.

bbb)  On or about July 21, 2010, at approximately 5:33 p.m., two BA members, one
incarcerated in a U.S. federal prison facility and the other located in Ciudad Juarez, Chihuahua,
Mexico, both known to the Grand Jury, had a telephone conversation. The BA member
incarcerated in a U.S. federal prison facility promoted the other BA member in Ciudad Juarez to
the rank of Lieutenant and directed that BA member to take over the "turf" controlled by a
deceased BA member, known to the Grand Jury.

ccc)  On or about July 21, 2010, at approximately 8:24 p.m., **MANUEL LOPEZ, a/k/a
"Manolin," a/k/a "Manny,"** and another BA member incarcerated in a U.S. federal prison

23

22-50951.297

facility, known to the Grand Jury, discussed over the telephone a drug shipment destined for an address in Washington, D.C.

   ddd)   On or about July 26, 2010, at approximately 2:58 p.m., **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** and **DESIREE GAMBOA CARDONA** discussed over the telephone money order receipts.

   eee)   On or about July 27, 2010, at approximately 2:55 p.m., **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** directed **JORGE DIAZ, a/k/a "Payaso,"** to find photographs of persons that cooperated with law enforcement.

   fff)   On or about July 28, 2010, at approximately 7:52 p.m., **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** and another BA member incarcerated in a U.S. federal prison facility, known to the Grand Jury, discussed over the telephone a drug shipment destined for an address in Mount Ranier, Maryland.

   ggg)   On or about July 29, 2010, at approximately 11:30 a.m., **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** and **JORGE DIAZ, a/k/a "Payaso,"** discussed over the telephone the collection of "couta" from the El Paso area.

   hhh)   On or about July 30, 2010, at approximately 2:39 p.m., two BA members, one incarcerated in a U.S. federal prison facility and the other located in Ciudad Juarez, Chihuahua, Mexico, both known to the Grand Jury, had a telephone conversation. The incarcerated BA member directed the BA member in Ciudad Juarez to shoot another person because he was a problem. Both BA members also discussed shipping drugs from Ciudad Juarez to the United States.

22-50951.298

iii)     On or about July 31, 2010, at approximately 10:06 a.m., **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** and **DAVID CONDE, a/k/a "Chucky,"** discussed over the telephone the "green lights" placed on four BA members.

jjj)     On or about August 5, 2010, at approximately 1:45 p.m., **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** and **DESIREE GAMBOA CARDONA** discussed over the telephone sending money to a prison facility.

kkk)     On or about August 6, 2010, at approximately 1:56 p.m., two BA members, one incarcerated in a U.S. federal prison facility and the other located in Ciudad Juarez, Chihuahua, Mexico, both known to the Grand Jury, had a telephone conversation. The BA members discussed how the money is made "south," but the power is in the United States.

lll)     On or about August 8, 2010, at approximately 2:08 p.m., **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** and **DAVID CONDE, a/k/a "Chucky,"** discussed over the telephone drugs and the "green lights" placed on four BA members.

mmm) On or about August 9, 2010, **RIGOBERTO FRAGOSO, a/k/a "Rigo," a/k/a "Peluco,"** possessed approximately 9 ounces of cocaine.

nnn)     On or about August 10, 2010, at approximately 3:39 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** had a telephone conversation to discuss a shipment of heroin to **GALINDO.**

ooo)     On or about August 12, 2010, BA members kidnapped the wife and parents of another BA member who they believed was cooperating with United States law enforcement.

ppp)     On or about August 12, 2010, BA members murdered the step-daughter of another BA member who they believed was cooperating with United States law enforcement.

25

qqq)     On or about August 17, 2010, **ADAM GARCIA, a/k/a "Bad Boy,"** possessed cocaine in El Paso, Texas.

rrr)     On or about August 18, 2010, **ADAM GARCIA, a/k/a "Bad Boy,"** discussed over the telephone with another person, known to the Grand Jury, that **GARCIA** was in possession of cocaine.

sss)     On or about August 20, 2010, a BA member, incarcerated in a Texas state prison facility, known to the Grand Jury, and **APRIL CARDOZA** met in the Texas state prison to discuss the activities of the enterprise. During this conversation, the BA member acknowledged receiving previous communications from **APRIL CARDOZA.**

ttt)     On or about August 27, 2010, at approximately 2:45 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and **ALBERT MENDOZA, a/k/a "Igor,"** discussed over the telephone killing another person.

uuu)     On or about August 29, 2010, **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, possessed documents related to the enterprise.

vvv)     On or about September 25, 2010, at approximately 1:09 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and **ALBERT MENDOZA, a/k/a "Igor,"** had a telephone conversation.  **GALINDO** told **MENDOZA** that **RAMON RENTERIA, a/k/a "Spook," a/k/a "Spooky,"** was taking over El Paso.

www)     On or about October 5, 2010, at approximately 3:30 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and another BA member, known to the Grand Jury, had a telephone conversation. **GALINDO** told the BA member that **"Manny," "Pee Wee,"** and **"Spooky"** were in charge.

26

22-50951.300

xxx)    On or about October 21, 2010, at approximately 1:57 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, **OMAR LOPEZ, a/k/a "Pee Wee,"** and **MANUEL LOPEZ, a/k/a "Manolin," a/k/a "Manny,"** discussed over the telephone sending money to **GALINDO.**

yyy)    On or about October 22, 2010, at approximately 3:28 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and **OMAR LOPEZ, a/k/a "Pee Wee,"** discussed over the telephone money to be sent to the prison system.

zzz)    On or about October 22, 2010, at approximately 1:31 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and **DAVID CONDE, a/k/a "Chucky,"** discussed over the telephone the quantities of drugs that were being distributed.

aaaa)    On or about October 26, 2010, at approximately 3:54 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and **YOLANDA BARBA CHAVIRA, a/k/a "Yoli,"** discussed over the telephone the names of incarcerated BA members that would receive money.

bbbb)    On or about October 28, 2010, at approximately 2:53 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and **YOLANDA BARBA CHAVIRA, a/k/a "Yoli,"** discussed over the telephone that she was in the process of purchasing money orders.

cccc)    On or about October 29, 2010, at approximately 4:03 p.m., **HECTOR GALINDO, a/k/a "Silent,"** incarcerated in a Texas state prison facility, and **YOLANDA BARBA CHAVIRA, a/k/a "Yoli,"** discussed over the telephone obtaining drugs from **"Narizon."**

27

22-50951.301

dddd)  On or about October 29, 2010, **RICARDO GONZALEZ, a/k/a "Cuate,"** and **ANGEL RENTERIA, a/k/a "Primo,"** with the consent of **JESUS ESPINO**, confronted a drug dealer, known to the Grand Jury, for the purpose of establishing a new "tienda" in the Westside subsection of El Paso.

eeee)  On or about October 29, 2010, at approximately 8:36 p.m., **ANGEL RENTERIA, a/k/a "Primo,"** and **JESUS ESPINO** discussed over the telephone that **RENTERIA** was just arrested.

ffff)  On or about October 29, 2010, at approximately 8:42 p.m., **JESUS ESPINO** and **CARLOS PEREZ, a/k/a "Bandit,"** discussed over the telephone that **"Primo"** was arrested.

gggg)  On or about October 29, 2010, at approximately 9:23 p.m., **JESUS ESPINO** and **CARLOS PEREZ, a/k/a "Bandit,"** discussed the attempt extortion committed by **RICARDO GONZALEZ, a/k/a "Cuate,"** and **ANGEL RENTERIA, a/k/a "Primo."** Later during this conversation, **ESPINO** passed the telephone to **GONZALEZ** who discussed the attempt extortion with **PEREZ.**

hhhh)  On or about November 3, 2010, at approximately 6:51 p.m., **JESUS ESPINO** and **DELIA CERVANTES, a/k/a "Guera,"** discussed over the telephone for her to pick up heroin at his residence.

iiii)  On or about November 4, 2010, at approximately 7:20 p.m., **JESUS ESPINO** and **DELIA CERVANTES, a/k/a "Guera,"** discussed over the telephone the receipt of heroin.

jjjj)  On or about November 5, 2010, at approximately 12:48 p.m., **JESUS ESPINO** and **LORENZO ESPINO, a/k/a "Lencho," a/k/a "Oso,"** discussed over the telephone that **JESUS ESPINO** had more heroin to sell.

28

kkkk)  On or about November 9, 2010, **OMAR LOPEZ, a/k/a "Pee Wee,"** distributed approximately 1 ounce of heroin to **JUAN MANUEL VISCAINO AMARO, a/k/a "Porky,"** and **SANTIAGO LUCERO, a/k/a "Sonny."**

llll)    On or about November 9, 2010, at approximately 9:04 p.m., **JESUS ESPINO** and **CARLOS PEREZ, a/k/a "Bandit,"** discussed over the telephone that **PEREZ** delivered heroin to **DELIA CERVANTES, a/k/a "Guera."**  During the conversation, **PEREZ** passed the telephone to **CERVANTES** who confirmed receipt of the heroin.

mmmm)    On or about November 10, 2010, at approximately 8:02 p.m., **JESUS ESPINO** and **SANTIAGO LUCERO, a/k/a "Sonny,"** discussed over the telephone that **LUCERO** delivered heroin to **DELIA CERVANTES, a/k/a "Guera."**

nnnn)  On or about November 12, 2010, **JORGE DIAZ, a/k/a "Payaso,"** possessed approximately $21,279 in United States currency, money order receipts, Western Union wire transfer receipts, and other miscellaneous documents involving the enterprise.

oooo)  On or about November 15, 2010, at approximately 9:10 a.m., **JESUS ESPINO** and **LORENZO ESPINO, a/k/a "Lencho," a/k/a "Oso,"** discussed over the telephone that **JESUS ESPINO** had more heroin to sell.

pppp)  On or about November 23, 2010, **JESUS ESPINO** possessed a handgun, drug paraphernalia, and documentation involving the enterprise.

qqqq)  On or about December 16, 2010, **ALBERT MENDOZA, a/k/a "Igor,"** possessed a handgun in El Paso, Texas.

## NOTICE OF SPECIAL SENTENCING FACTORS

16.    On or about March 13, 2010, in the Western District of Texas and elsewhere, the defendants, **ENRIQUE GUAJARDO LOPEZ, a/k/a "Kiki," a/k/a "Kike,"  JOSE**

29

22-50951.303

ANTONIO ACOSTA HERNANDEZ,   a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"  EDUARDO RAVELO, a/k/a "Tablas," a/k/a  Tablero," a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56," LUIS MENDEZ, a/k/a "Alex," a/k/a "58," ARTURO GALLEGOS CASTRELLON, a/k/a "Benny," a/k/a Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86," RICARDO VALLES DE LA ROSA,  a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99," JOSE GUADALUPE DIAZ DIAZ, a/k/a "Zorro," a/k/a "79," a/k/a "80," MARTIN PEREZ MARRUFO,  a/k/a "Popeye," a/k/a "89," LUIS HUMBERTO HERNANDEZ CELIS, a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84," ███████████████████

████████████████ knowingly conspired with others known and unknown to the Grand Jury, to commit at any place outside of the United States, namely, Mexico, an act that would constitute murder if committed in the special maritime and territorial jurisdiction of the United States and did commit an act within the jurisdiction of the United States to effect an object of that conspiracy, in violation of Title 18, United States Code, Section 956(a)(1).

17.     From on or about January 1, 2003, and continuing until the date of this Third Superseding Indictment, in the Western District of Texas and elsewhere, the defendants, ENRIQUE GUAJARDO LOPEZ,  a/k/a "Kiki," a/k/a "Kike,"  JOSE ANTONIO ACOSTA HERNANDEZ, a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"  EDUARDO RAVELO, a/k/a "Tablas," a/k/a  Tablero," a/k/a "T-Blas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56," LUIS MENDEZ, a/k/a "Alex," a/k/a "58," ARTURO GALLEGOS CASTRELLON, a/k/a "Benny," a/k/a  Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86," RICARDO VALLES DE LA  ROSA, a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99," ALBERTO NUNEZ PAYAN,  a/k/a

30

22-50951.304

"Fresa," a/k/a "Fresco," a/k/a "97,"  JOSE GUADALUPE DIAZ DIAZ, a/k/a "Zorro," a/k/a "79," a/k/a "80," MARTIN PEREZ MARRUFO,  a/k/a "Popeye," a/k/a "89," LUIS HUMBERTO HERNANDEZ CELIS,  a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84," ████████████████████████████  JOEL ABRAHAM CAUDILLO, HECTOR GALINDO, a/k/a "Silent," RAMON RENTERIA, a/k/a "Spook," a/k/a "Spooky," ROBERTO ANGEL CARDONA, a/k/a "Little Angelillo," MANNY LOPEZ, a/k/a "Manolin," a/k/a "Manny," OMAR LOPEZ, a/k/a "Pee Wee," JESUS ESPINO, DAVID CONDE, a/k/a "Chucky," JORGE DIAZ, a/k/a "Payaso," a/k/a "Narizon," APRIL CARDOZA, FABIAN RODRIGUEZ, a/k/a "Shamu," a/k/a "Shamoo," TOMAS ROBERTS, a/k/a "Taz," RIGOBERTO FRAGOSO, a/k/a "Rigo," a/k/a "Peluco," ADAM GARCIA, a/k/a "Bad Boy," CARLOS PEREZ, a/k/a "Bandit," RICARDO GONZALES, a/k/a "Cuate," ANGEL RENTERIA,  a/k/a "Primo," LORENZO ESPINO, a/k/a "Lencho," a/k/a "Oso," SANTIAGO LUCERO, a/k/a "Sonny," and JUAN MANUEL VISCAINO AMARO, a/k/a "Porky," conspired to distribute, possess with the intent to distribute, and import into the United States, five kilograms or more of cocaine, one kilogram or more of heroin, and one thousand kilograms or more of marijuana, in violation of Title 21, United States Code, Sections 846, 841(a), and 841(b)(1)(A) and 963, 952, and 960(b)(1)(A), (B), and (G).

All in violation of Title 18, United States Code, Section 1962(d).

22-50951.305

## COUNT TWO
(Conspiracy to Distribute and Possess with Intent to Distribute Heroin, Cocaine and Marijuana)
21 U.S.C. §§ 846 and 841(a)(1) and 841(b)(1)(A)(i) and (ii) and (vii)

The Grand Jury further charges:

18.     Beginning on or about January 1, 2003, and continuing through and including on

or about the date of the return of this Third Superseding Indictment, both dates being

approximate and inclusive, within the Western District of Texas and elsewhere, the Defendants,

**ENRIQUE GUAJARDO LOPEZ,**
**a/k/a "Kiki," a/k/a "Kike,"**
**JOSE ANTONIO ACOSTA HERNANDEZ,**
**a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"**
**EDUARDO RAVELO,**
**a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"**
**a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"**
**a/k/a "Boards," a/k/a "56,"**
**LUIS MENDEZ,**
**a/k/a "Alex," a/k/a "58,"**
**ARTURO GALLEGOS CASTRELLON,**
**a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"**
**a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"**
**RICARDO VALLES DE LA ROSA,**
**a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"**
**ALBERTO NUNEZ PAYAN,**
**a/k/a "Fresa," a/k/a "Fresco," a/k/a "97,"**
**JOSE GUADALUPE DIAZ DIAZ,**
**a/k/a "Zorro," a/k/a "79," a/k/a "80,"**
**MARTIN PEREZ MARRUFO,**
**a/k/a "Popeye," a/k/a "89,"**
**LUIS HUMBERTO HERNANDEZ CELIS,**
**a/k/a "Pac," a/k/a "Pacman," a/k/a "84,"**

**JOEL ABRAHAM CAUDILLO,**
**HECTOR GALINDO,**
**a/k/a "Silent,"**
**RAMON RENTERIA,**
**a/k/a "Spook," a/k/a "Spooky,"**
**ROBERTO ANGEL CARDONA,**
**a/k/a "Little Angelillo,"**
**MANNY LOPEZ,**
**a/k/a "Manolin," a/k/a "Manny,"**

32

OMAR LOPEZ,
a/k/a "Pee Wee,"
JESUS ESPINO,
DAVID CONDE,
a/k/a "Chucky,"
JORGE DIAZ,
a/k/a "Payaso," a/k/a "Narizon,"
YOLANDA BARBA CHAVIRA,
a/k/a "Yoli,"
DESIREE GAMBOA CARDONA,
APRIL CARDOZA,
FABIAN RODRIGUEZ,
a/k/a "Shamu," a/k/a "Shamoo,"
TOMAS ROBERTS,
a/k/a "Taz,"
DELIA CERVANTES,
a/k/a "Guera,"
RIGOBERTO FRAGOSO,
a/k/a "Rigo," a/k/a "Peluco,"
ADAM GARCIA,
a/k/a "Bad Boy,"
ALBERT MENDOZA,
a/k/a "Igor,"
CARLOS PEREZ,
a/k/a "Bandit,"
RICARDO GONZALES,
a/k/a "Cuate"
ANGEL RENTERIA,
a/k/a "Primo,"
LORENZO ESPINO,
a/k/a "Lencho," a/k/a "Oso,"
SANTIAGO LUCERO,
a/k/a "Sonny," and
JUAN MANUEL VISCAINO AMARO,
a/k/a "Porky,"

knowingly, and intentionally conspired, combined, confederated, and agreed together, and with

others to the Grand Jury known and unknown, to commit offenses against the United States, in

violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a

controlled substance, which offense involved one kilogram or more of a mixture or substance

containing a detectable amount of heroin, a Schedule II Controlled Substance, with intent to

33

distribute same, and they conspired to possess a controlled substance, which offense involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, with intent to distribute same, and they conspired to possess a controlled substance, which offense involved 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, with the intent to distribute same.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and 841(b)(1)(A)(i) and (ii) and (vii).

22-50951.308

**COUNT THREE**
(Conspiracy to Import Heroin, Cocaine and Marijuana)
21 U.S.C. §§ 963, 952, and 960(b)(1)(A), (B), and (G)

The Grand Jury further charges:

19.     Beginning on or about January 1, 2003, and continuing through and including on

or about the date of the return of this Third Superseding Indictment, both dates being

approximate and inclusive, within the Western District of Texas and elsewhere, the Defendants,

**ENRIQUE GUAJARDO LOPEZ,**
a/k/a "Kiki," a/k/a "Kike,"
**JOSE ANTONIO ACOSTA HERNANDEZ,**
a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"
**EDUARDO RAVELO,**
a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"
a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"
a/k/a "Boards," a/k/a "56,"
**LUIS MENDEZ,**
a/k/a "Alex," a/k/a "58,"
**ARTURO GALLEGOS CASTRELLON,**
a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"
a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"
**RICARDO VALLES DE LA ROSA,**
a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"
**ALBERTO NUNEZ PAYAN,**
a/k/a "Fresa," a/k/a "Fresco," a/k/a "97,"
**JOSE GUADALUPE DIAZ DIAZ,**
a/k/a "Zorro," a/k/a "79," a/k/a "80,"
**MARTIN PEREZ MARRUFO,**
a/k/a "Popeye," a/k/a "89,"
**LUIS HUMBERTO HERNANDEZ CELIS,**
a/k/a "Pac," a/k/a "Pacman," a/k/a "84,"

**JOEL ABRAHAM CAUDILLO,**
**HECTOR GALINDO,**
a/k/a "Silent,"
**RAMON RENTERIA,**
a/k/a "Spook," a/k/a "Spooky,"
**ROBERTO ANGEL CARDONA,**
a/k/a "Little Angelillo,"
**MANNY LOPEZ,**
a/k/a "Manolin," a/k/a "Manny,"

35

OMAR LOPEZ,
a/k/a "Pee Wee,"
JESUS ESPINO,
DAVID CONDE,
a/k/a "Chucky,"
JORGE DIAZ,
a/k/a "Payaso," a/k/a "Narizon,"
YOLANDA BARBA CHAVIRA,
a/k/a "Yoli,"
DESIREE GAMBOA CARDONA,
APRIL CARDOZA,
FABIAN RODRIGUEZ,
a/k/a "Shamu," a/k/a "Shamoo,"
TOMAS ROBERTS,
a/k/a "Taz,"
DELIA CERVANTES,
a/k/a "Guera,"
RIGOBERTO FRAGOSO,
a/k/a "Rigo," a/k/a "Peluco,"
ALBERT MENDOZA,
a/k/a "Igor,"
ADAM GARCIA,
a/k/a "Bad Boy,"
CARLOS PEREZ,
a/k/a "Bandit,"
RICARDO GONZALES,
a/k/a "Cuate"
ANGEL RENTERIA,
a/k/a "Primo,"
LORENZO ESPINO,
a/k/a "Lencho," a/k/a "Oso,"
SANTIAGO LUCERO,
a/k/a "Sonny," and
JUAN MANUEL VISCAINO AMARO,
a/k/a "Porky,"

knowingly, and intentionally conspired, combined, confederated, and agreed together, and with

others to the Grand Jury known and unknown, to commit offenses against the United States, in

violation of Title 21, United States Code, Section 963, that is to say, they conspired to import

controlled substance, which offense involved one kilogram or more of a mixture or substance

containing a detectable amount of heroin, a Schedule II Controlled Substance, with intent to

22-50951.310

distribute same, and they conspired to possess a controlled substance, which offense involved

five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II Controlled Substance, with intent to distribute same, and they conspired to possess a

controlled substance, which offense involved 1000 kilograms or more of a mixture or substance

containing a detectable amount of marijuana, a Schedule I Controlled Substance, with the intent

to distribute same.

      All in violation of Title 21, United States Code, Sections 963, 952, and 960(b)(1)(A),

(B), and (G).

37

## COUNT FOUR
(Conspiracy to Launder Monetary Instruments)
18 U.S.C. §§ 1956 (a)(1)(A)(i)(B)(i) and (h)

The Grand Jury further charges:

20.     Beginning on or about January 1, 2003, and continuing through and including on

or about the date of the return of this Third Superseding Indictment, both dates being

approximate and inclusive, within the Western District of Texas and elsewhere, the Defendants,

**ENRIQUE GUAJARDO LOPEZ,**
a/k/a "Kiki," a/k/a "Kike,"
**JOSE ANTONIO ACOSTA HERNANDEZ,**
a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"
**EDUARDO RAVELO,**
a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"
a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"
a/k/a "Boards," a/k/a "56,"
**LUIS MENDEZ,**
a/k/a "Alex," a/k/a "58,"
**ARTURO GALLEGOS CASTRELLON,**
a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"
a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"
**RICARDO VALLES DE LA ROSA,**
a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"
**ALBERTO NUNEZ PAYAN,**
a/k/a "Fresa," a/k/a "Fresco," a/k/a "97,"
**JOSE GUADALUPE DIAZ DIAZ,**
a/k/a "Zorro," a/k/a "79," a/k/a "80,"
**MARTIN PEREZ MARRUFO,**
a/k/a "Popeye," a/k/a "89,"
**LUIS HUMBERTO HERNANDEZ CELIS,**
a/k/a "Pac," a/k/a "Pacman," a/k/a "84,"

**JOEL ABRAHAM CAUDILLO,**
**HECTOR GALINDO,**
a/k/a "Silent,"
**RAMON RENTERIA,**
a/k/a "Spook," a/k/a "Spooky,"
**MANNY LOPEZ,**
a/k/a "Manolin," a/k/a "Manny,"
**OMAR LOPEZ,**
a/k/a "Pee Wee,"

38

JESUS ESPINO,
DAVID CONDE,
a/k/a "Chucky,"
JORGE DIAZ,
a/k/a "Payaso," a/k/a "Narizon,"
YOLANDA BARBA CHAVIRA,
a/k/a "Yoli,"
DESIREE GAMBOA CARDONA,
APRIL CARDOZA,
FABIAN RODRIGUEZ,
a/k/a "Shamu," a/k/a "Shamoo,"
TOMAS ROBERTS,
a/k/a "Taz,"
DELIA CERVANTES,
a/k/a "Guera,"
RIGOBERTO FRAGOSO,
a/k/a "Rigo," a/k/a "Peluco,"
ALBERT MENDOZA,
a/k/a "Igor,"
ADAM GARCIA,
a/k/a "Bad Boy,"
CARLOS PEREZ,
a/k/a "Bandit,"
RICARDO GONZALES,
a/k/a "Cuate"
ANGEL RENTERIA,
a/k/a "Primo,"
LORENZO ESPINO,
a/k/a "Lencho," a/k/a "Oso,"
SANTIAGO LUCERO,
a/k/a "Sonny," and
JUAN MANUEL VISCAINO AMARO,
a/k/a "Porky,"

knowingly and intentionally conspired, combined, confederated and agreed together with each

other and others known and unknown to the Grand Jury, to commit offenses against the United

States, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i), that is

to say they conspired to conduct and attempt to conduct a financial transaction, affecting

interstate and foreign commerce, knowing that the property in the financial transaction

represented the proceeds of some form of unlawful activity, to-wit; conspiracy to obtain

39

monetary instruments by extortion, having been induced by the wrongful use of actual and threatened force, violence and fear and conspiracy to possess with the intent to distribute a controlled substance, and did so with the intent to promote the carrying on of the specific unlawful activity, and knowing that the financial transaction was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i)(B)(i) and (h).

22-50951.314

## COUNT FIVE
(Conspiracy to Kill Persons in a Foreign Country)
18 U.S.C. § 956(a)(1)

The Grand Jury further charges:

21.     The allegations set forth in Paragraphs 1 through 11 and 15(a) through 15(qqqq) of this Third Superseding Indictment are hereby realleged and incorporated by reference as if fully set forth herein.

22.     From on or about March 1, 2010, and continuing up to and including on or about March 13, 2010, in the Western District of Texas and elsewhere, the defendants,

**ENRIQUE GUAJARDO LOPEZ,**
**a/k/a "Kiki," a/k/a "Kike,"**
**JOSE ANTONIO ACOSTA HERNANDEZ,**
**a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"**
**EDUARDO RAVELO,**
**a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"**
**a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"**
**a/k/a "Boards," a/k/a "56,"**
**LUIS MENDEZ,**
**a/k/a "Alex," a/k/a "58,"**
**ARTURO GALLEGOS CASTRELLON,**
**a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"**
**a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"**
**RICARDO VALLES DE LA ROSA,**
**a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"**
**JOSE GUADALUPE DIAZ DIAZ,**
**a/k/a "Zorro," a/k/a "79," a/k/a "80,"**
**MARTIN PEREZ MARRUFO,**
**a/k/a "Popeye," a/k/a "89,"**
**LUIS HUMBERTO HERNANDEZ CELIS,**
**a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"**

knowingly combined, conspired, confederated, and agreed together, and with others known and unknown to the Grand Jury, within the jurisdiction of the United States, to kill Leslie Ann Enriquez Catton, Arthur Redelfs, and Jorge Alberto Salcido Ceniceros in Ciudad Juarez,

41

22-50951.315

Chihuahua, Mexico, which act would constitute the offense of murder, in violation of Title 18, United States Code, Section 1111, if committed in the special maritime and territorial jurisdiction of the United States, and a co-conspirator did commit an act within the jurisdiction of the United States to affect an object of the conspiracy.

All in violation of Title 18, United States Code, Section 956(a)(1).

**COUNT SIX**
(Murder Resulting From the Use and Carrying of Firearms
During and in Relation to Crimes of Violence and Drug Trafficking)
18 U.S.C. §§ 924(c), (j) and 2

The Grand Jury further charges:

23.     On or about March 13, 2010, in the Western District of Texas and elsewhere, the

defendants,

**ENRIQUE GUAJARDO LOPEZ,**
a/k/a "Kiki," a/k/a "Kike,"
**JOSE ANTONIO ACOSTA HERNANDEZ,**
a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"
**EDUARDO RAVELO,**
a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"
a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"
a/k/a "Boards," a/k/a "56,"
**LUIS MENDEZ,**
a/k/a "Alex," a/k/a "58,"
**ARTURO GALLEGOS CASTRELLON,**
a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"
a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"
**RICARDO VALLES DE LA ROSA,**
a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"
**JOSE GUADALUPE DIAZ DIAZ,**
a/k/a "Zorro," a/k/a "79," a/k/a "80,"
**MARTIN PEREZ MARRUFO,**
a/k/a "Popeye," a/k/a "89,"
**LUIS HUMBERTO HERNANDEZ CELIS,**
a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"

together with others known and unknown to the Grand Jury, did knowingly carry, use, and

discharge firearms during and in relation to crimes of violence and drug trafficking for which

they may be prosecuted in a court of the United States, that is, Conspiracy to Commit

Racketeering Activity, Conspiracy to Distribute and Possess with the Intent to Distribute

Controlled Substances, Conspiracy to Import Control Substances and Conspiracy to Kill a

Person in a Foreign Country, as set forth in Counts One through Three, and Five, respectively, of

43

22-50951.317

this Third Superseding Indictment, causing the death of a person through the use of a firearm, which killing is a murder as defined in 18 U.S.C. § 1111, in that the defendants, with malice aforethought, unlawfully killed a human being, that is, Leslie Ann Enriquez Catton, willfully, deliberately, maliciously, and with premeditation.

All in violation of Title 18, United States Code, Sections 924(c), (j) and 2.

22-50951.318

**COUNT SEVEN**
(Murder Resulting From the Use and Carrying of Firearms
During and in Relation to Crimes of Violence and Drug Trafficking)
18 U.S.C. §§ 924(c), (j) and 2

The Grand Jury further charges:

24.     On or about March 13, 2010, in the Western District of Texas and elsewhere, the

defendants,

**ENRIQUE GUAJARDO LOPEZ,**
**a/k/a "Kiki," a/k/a "Kike,"**
**JOSE ANTONIO ACOSTA HERNANDEZ,**
**a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"**
**EDUARDO RAVELO,**
**a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"**
**a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"**
**a/k/a "Boards," a/k/a "56,"**
**LUIS MENDEZ,**
**a/k/a "Alex," a/k/a "58,"**
**ARTURO GALLEGOS CASTRELLON,**
**a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"**
**a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"**
**RICARDO VALLES DE LA ROSA,**
**a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"**
**JOSE GUADALUPE DIAZ DIAZ,**
**a/k/a "Zorro," a/k/a "79," a/k/a "80,"**
**MARTIN PEREZ MARRUFO,**
**a/k/a "Popeye," a/k/a "89,"**
**LUIS HUMBERTO HERNANDEZ CELIS,**
**a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"**

together with others known and unknown to the Grand Jury, did knowingly carry, use, and

discharge firearms during and in relation to crimes of violence and drug trafficking for which

they may be prosecuted in a court of the United States, that is, Conspiracy to Commit

Racketeering Activity, Conspiracy to Distribute and Possess with the Intent to Distribute

Controlled Substances, Conspiracy to Import Control Substances and Conspiracy to Kill a

Person in a Foreign Country, as set forth in Counts One through Three, and Five, respectively, of

22-50951.319

this Third Superseding Indictment, causing the death of a person through the use of a firearm, which killing is a murder as defined in 18 U.S.C. § 1111, in that the defendants, with malice aforethought, unlawfully killed a human being, Arthur Redelfs, willfully, deliberately, maliciously, and with premeditation.

All in violation of Title 18, United States Code, Sections 924(c), (j) and 2.

22-50951.320

**COUNT EIGHT**
(Murder Resulting From the Use and Carrying of Firearms
During and in Relation to Crimes of Violence and Drug Trafficking)
18 U.S.C. §§ 924(c), (j) and 2

The Grand Jury further charges:

25.     On or about March 13, 2010, in the Western District of Texas and elsewhere, the

defendants,

**ENRIQUE GUAJARDO LOPEZ,**
**a/k/a "Kiki," a/k/a "Kike,"**
**JOSE ANTONIO ACOSTA HERNANDEZ,**
**a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"**
**EDUARDO RAVELO,**
**a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"**
**a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"**
**a/k/a "Boards," a/k/a "56,"**
**LUIS MENDEZ,**
**a/k/a "Alex," a/k/a "58,"**
**ARTURO GALLEGOS CASTRELLON,**
**a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"**
**a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"**
**RICARDO VALLES DE LA ROSA,**
**a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"**
**JOSE GUADALUPE DIAZ DIAZ,**
**a/k/a "Zorro," a/k/a "79," a/k/a "80,"**
**MARTIN PEREZ MARRUFO,**
**a/k/a "Popeye," a/k/a "89,"**
**LUIS HUMBERTO HERNANDEZ CELIS,**
**a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"**

together with others known and unknown to the Grand Jury, did knowingly carry, use, and

discharge firearms during and in relation to crimes of violence and drug trafficking for which

they may be prosecuted in a court of the United States, that is, Conspiracy to Commit

Racketeering Activity, Conspiracy to Distribute and Possess with the Intent to Distribute

Controlled Substances, Conspiracy to Import Control Substances and Conspiracy to Kill a

Person in a Foreign Country, as set forth in Counts One through Three, and Five, respectively, of

47

this Third Superseding Indictment, causing the death of a person through the use of a firearm, which killing is a murder as defined in 18 U.S.C. § 1111, in that the defendants, with malice aforethought, unlawfully killed a human being, that is, Jorge Alberto Salcido Ceniceros, willfully, deliberately, maliciously, and with premeditation.

All in violation of Title 18, United States Code, Sections 924(c), (j) and 2.

22-50951.322

## COUNT NINE
(Murder in Aid of Racketeering Activity)
18 U.S.C. §§ 1959(a)(1) and 2

The Grand Jury further charges:

26.     Beginning on or about January 1, 2003, and continuing through and including on or about the date of the return of this Third Superseding Indictment, both dates being approximate and inclusive, the Barrio Azteca, as more fully described in Paragraphs 1 through 11 of this Third Superseding Indictment, which are realleged and incorporated by reference as if fully set forth herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), namely the Barrio Azteca enterprise, that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization, whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

27.     At all times relevant to this Third Superseding Indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts indictable under Title 18, United States Code, Section 956(a)(1) (conspiracy to kill persons in a foreign country) acts indictable under Title 18, United States Code, Section 1512 (obstruction of justice), acts in violation of  Title 18, United States Code, Section 1513 (retaliation against a person providing information to the United States law enforcement), acts indictable under Title 18, United States Code, Section 1956(h) (conspiracy to launder monetary instruments), and acts indictable under Title 21, United States Code, Sections 846 and 963 (conspiracies to traffic drugs).

28.    On or about March 13, 2010, in the Western District of Texas and elsewhere, the

defendants,

**ENRIQUE GUAJARDO LOPEZ,**
**a/k/a "Kiki," a/k/a "Kike,"**
**JOSE ANTONIO ACOSTA HERNANDEZ,**
**a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"**
**EDUARDO RAVELO,**
**a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"**
**a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"**
**a/k/a "Boards," a/k/a "56,"**
**LUIS MENDEZ,**
**a/k/a "Alex," a/k/a "58,"**
**ARTURO GALLEGOS CASTRELLON,**
**a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"**
**a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"**
**RICARDO VALLES DE LA ROSA,**
**a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"**
**JOSE GUADALUPE DIAZ DIAZ,**
**a/k/a "Zorro," a/k/a "79," a/k/a "80,"**
**MARTIN PEREZ MARRUFO,**
**a/k/a "Popeye," a/k/a "89,"**
**LUIS HUMBERTO HERNANDEZ CELIS,**
**a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"**

together with others known and unknown to the Grand Jury, for the purpose of maintaining and

increasing position in the Barrio Azteca, an enterprise engaged in racketeering activity,

unlawfully and knowingly murdered Leslie Ann Enriquez Catton, in violation of Title 18, United

States Code, Section 924(j).

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

22-50951.324

## COUNT TEN
(Murder in Aid of Racketeering Activity)
18 U.S.C. §§ 1959(a)(1) and 2

The Grand Jury further charges:

29.    The allegations set forth in Paragraphs 26 and 27 of this Third Superseding Indictment are realleged and incorporated by reference as if fully set forth herein.

30.    On or about March 13, 2010, in the Western District of Texas and elsewhere, the defendants,

**ENRIQUE GUAJARDO LOPEZ,**
**a/k/a "Kiki," a/k/a "Kike,"**
**JOSE ANTONIO ACOSTA HERNANDEZ,**
**a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"**
**EDUARDO RAVELO,**
**a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"**
**a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"**
**a/k/a "Boards," a/k/a "56,"**
**LUIS MENDEZ,**
**a/k/a "Alex," a/k/a "58,"**
**ARTURO GALLEGOS CASTRELLON,**
**a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"**
**a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"**
**RICARDO VALLES DE LA ROSA,**
**a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"**
**JOSE GUADALUPE DIAZ DIAZ,**
**a/k/a "Zorro," a/k/a "79," a/k/a "80,"**
**MARTIN PEREZ MARRUFO,**
**a/k/a "Popeye," a/k/a "89,"**
**LUIS HUMBERTO HERNANDEZ CELIS,**
**a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"**

together with others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in Barrio Azteca, an enterprise engaged in racketeering activity, unlawfully and knowingly murdered Arthur Redelfs, in violation of Title 18, United States Code, Section 924(j).

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

51

## COUNT ELEVEN
(Murder in Aid of Racketeering Activity)
18 U.S.C. §§ 1959(a)(1) and 2

The Grand Jury further charges:

31.    The allegations set forth in Paragraphs 26 and 27 of this Third Superseding Indictment are realleged and incorporated by reference as if fully set forth herein.

32.    On or about March 13, 2010, in the Western District of Texas and elsewhere, the defendants,

**ENRIQUE GUAJARDO LOPEZ,**
**a/k/a "Kiki," a/k/a "Kike,"**
**JOSE ANTONIO ACOSTA HERNANDEZ,**
**a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo,"**
**EDUARDO RAVELO,**
**a/k/a "Tablas," a/k/a "Tablero," a/k/a "T-Blas,"**
**a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman,"**
**a/k/a "Boards," a/k/a "56,"**
**LUIS MENDEZ,**
**a/k/a "Alex," a/k/a "58,"**
**ARTURO GALLEGOS CASTRELLON,**
**a/k/a "Benny," a/k/a "Farmero," a/k/a "51,"**
**a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86,"**
**RICARDO VALLES DE LA ROSA,**
**a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99,"**
**JOSE GUADALUPE DIAZ DIAZ,**
**a/k/a "Zorro," a/k/a "79," a/k/a "80,"**
**MARTIN PEREZ MARRUFO,**
**a/k/a "Popeye," a/k/a "89,"**
**LUIS HUMBERTO HERNANDEZ CELIS,**
**a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84,"**

together with others known and unknown to the Grand Jury, for the purpose of maintaining and increasing position in Barrio Azteca, an enterprise engaged in racketeering activity, unlawfully and knowingly murdered Jorge Alberto Salcido Ceniceros, in violation of Title 18, United States Code, Section 924(j).

All in violation of Title 18, United States Code, Sections 1959(a)(1) and 2.

22 50951 336

## COUNT TWELVE
(Obstruction of Justice)
18 U.S.C. § 1512(c)(1)

The Grand Jury further charges:

33.     On or about March 13, 2010, in the Western District of Texas and elsewhere, the defendant,

### JOEL ABRAHAM CAUDILLO,

together with others known and unknown to the Grand Jury, corruptly destroyed, mutilated, and concealed objects, and attempted to do so, with the intent to impair the objects' integrity and availability for use in an official proceeding, by burning a vehicle used in the murder of Jorge Alberto Salcido Ceniceros as described in Counts One, Five, Eight and Eleven above.

In violation of Title 18, United States Code, Section 1512(c)(1).

22-50951.327

## CRIMINAL FOREITURE ALLEGATIONS

34.     The allegations contained in Count One of this Indictment/Information are hereby

realleged and incorporated by reference for the purpose of alleging forfeitures pursuant Title 18,

United States Code, Section 1963.

35.     Pursuant to Title 18, United States Code, Section 1963, upon conviction of an

offense in violation of Title 18, United States Code, Section 1962, the defendants named in

Count One shall forfeit to the United States of America:

a)     any interest acquired or maintained in violation of section 1962;

b)     any interest in, security of, claim against, or property or contractual right of any
kind affording a source of influence over, any enterprise which the defendants
established, operated, controlled, conducted, or participated in the conduct of, in
violation of section 1962; and

c)     any property constituting, or derived from, any proceeds obtained, directly or
indirectly, from racketeering activity in violation of 1962 (or a sum of money
representing the total amount of gross proceeds obtained as a result of the
racketeering activity, for which the defendants are jointly and severally liable).

36.     If any of the property described above, as a result of any act or omission of one or

more of the defendants:

a)     cannot be located upon the exercise of due diligence;

b)     has been transferred or sold to, or deposited with, a third party;

c)     has been placed beyond the jurisdiction of the court;

d)     has been substantially diminished in value; or

e)     has been commingled with other property which cannot be divided without
difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

18, United States Code, Section 1963(m).

22-50951.328

37.    The allegations contained in Counts Two and Three of this Third Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

38.    Pursuant to Title 21, United States Code, Section 853, upon conviction of Count Two of this Third Superseding Indictment, the defendants named in Count Two shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses (or a sum of money representing the total amount of proceeds obtained as a result of the drug trafficking activity, for which the defendants are jointly and severally liable) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

39.    Pursuant to Title 21, United States Code, Section 853, upon conviction Count Three of this Third Superseding Indictment, the defendants named in Count Three shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses (or a sum of money representing the total amount of proceeds obtained as a result of the drug trafficking activity, for which the defendants are jointly and severally liable) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

40.    If any of the property described above in paragraphs 37 and 38, as a result of any act or omission of one or more of the defendants:

a)    cannot be located upon the exercise of due diligence;

b)    has been transferred or sold to, or deposited with, a third party;

c)    has been placed beyond the jurisdiction of the court;

d)    has been substantially diminished in value; or

55

e)     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

41.     The allegations contained in Count Four of this Third Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(1).

42.     Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of Count Four of this Third Superseding Indictment, the defendants named in Count Four, shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property (or a sum of money representing the property involved in or traceable to such offense, for which the defendants are jointly and severally liable).

43.     If any of the property described above in paragraph 41, as a result of any act or omission of one or more of the defendants:

a)     cannot be located upon the exercise of due diligence;

b)     has been transferred or sold to, or deposited with, a third party;

c)     has been placed beyond the jurisdiction of the court;

d)     has been substantially diminished in value; or

e)     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

56

A TRUE BILL

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____

FOREPERSON OF THE GRAND JURY


JOHN E. MURPHY
UNITED STATES ATTORNEY

George Leal
Assistant United States Attorney

LANNY A. BREUER
ASSISTANT ATTORNEY GENERAL

Brian D. Skaret
Trial Attorney
United States Department of Justice
Criminal Division, Human Rights and
Special Prosecutions Section

Joseph A. Cooley
Trial Attorney
United States Department of Justice
Criminal Division, Gang Unit

57

22-50951.331

Record Excerpt 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-10-CR-2213-KC |
| | § | |
| JOSE GUADALUPE DIAZ DIAZ (8) | § | |
| and MARTIN PEREZ MARRUFO (9), | § | |
| | § | |
| Defendants. | § | |

## VERDICT FORM: JOSE GUADALUPE DIAZ DIAZ

We the Jury unanimously find:

## COUNT ONE

Conspiracy to Conduct the Affairs of an Enterprise Through a Pattern of Racketeering Activity

I.    As to the charge of Conspiracy to Conduct the Affairs of an Enterprise through a Pattern of Racketeering Activity, we the Jury unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

_____✓_____ Guilty          _____ Not Guilty

If you answered "Guilty," proceed to the following questions. If you answered "Not Guilty," proceed to Count Two.

IIa.   Does the Jury unanimously find beyond a reasonable doubt that JOSE GUADALUPE DIAZ DIAZ conspired to commit murder in a foreign country in furtherance of the conspiracy in Count One?

_____✓_____ Yes          _____ No

94

22-50951.708

IIb.   Does the Jury unanimously find beyond a reasonable doubt that JOSE GUADALUPE
       DIAZ DIAZ conspired to possess with the intent to distribute five kilograms or more of
       cocaine, and/or one kilogram or more of heroin, and/or one thousand kilograms or more
       of marijuana in furtherance of the conspiracy in Count One?

                    ✓  Yes                          No

IIc.   Does the Jury unanimously find beyond a reasonable doubt that JOSE GUADALUPE
       DIAZ DIAZ conspired to import into the United States five kilograms or more of
       cocaine, and/or one kilogram or more of heroin, and/or one thousand kilograms or more
       of marijuana in furtherance of the conspiracy in Count One?

                    ✓  Yes                          No

## COUNT TWO

Conspiracy to Possess with Intent to Distribute a Controlled Substance

I.     As to the charge of Conspiracy to Possess with Intent to Distribute a Controlled
       Substance, we the Jury unanimously find beyond a reasonable doubt JOSE
       GUADALUPE DIAZ DIAZ:

                    ✓  Guilty                        Not Guilty

If you answered "Guilty," proceed to Question II. If you answered "Not Guilty," proceed to
Count Three.

II.    Does the Jury unanimously find beyond a reasonable doubt that the Conspiracy to
       Possess with Intent to Distribute a Controlled Substance charged in Count Two involved:

       a.     One kilogram or more of a mixture or substance containing a detectable amount
              of heroin, and/or five kilograms or more of a mixture or substance containing a
              detectable amount of cocaine, and/or one-thousand kilograms or more of a
              mixture or substance containing a detectable amount of marijuana?

                    ✓  Yes                          No

95

22-50951.709

If you answered Yes to Question IIa, proceed to Question III. If you answered No to Question IIa, proceed to Question IIb.

b.    One-hundred grams or more of a mixture or substance containing a detectable amount of heroin, and/or five-hundred grams or more of a mixture or substance containing a detectable amount of cocaine, and/or one-hundred kilograms or more of a mixture or substance containing a detectable amount of marijuana?

_____ Yes        _____ No

If you answered Yes to Question IIb, proceed to Question III. If you answered No to Question IIb, proceed to Question IIc.

c.    Less than one-hundred grams or more of a mixture or substance containing a detectable amount of heroin, and/or less than five-hundred grams or more of a mixture or substance containing a detectable amount of cocaine, and/or fifty kilograms or more of a mixture or substance containing a detectable amount of marijuana?

_____ Yes        _____ No

If you answered Yes to Question IIc, proceed to Question III. If you answered No to Question IIc, proceed to Question IId.

d.    Less than fifty kilograms of a mixture or substance containing a detectable amount of marijuana?

_____ Yes        _____ No

Proceed to Question III.

III.    Does the Jury unanimously find beyond a reasonable doubt that JOSE GUADALUPE DIAZ DIAZ knew or reasonably should have known that the scope of the Conspiracy to Possess with Intent to Distribute a Controlled Substance charged in Count Two involved at least the amount that the Jury selected in Question II?

   ✓ Yes        _____ No

96

## COUNT THREE

Conspiracy to Import a Controlled Substance with Intent to Distribute

I.  As to the charge of Conspiracy to Import a Controlled Substance with Intent to Distribute, we the Jury unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

_____✓_____ Guilty          _____ Not Guilty

If you answered "Guilty," proceed to Question II. If you answered "Not Guilty," proceed to Count Three.

II.  Does the Jury unanimously find beyond a reasonable doubt that the Conspiracy to Import a Controlled Substance with Intent to Distribute charged in Count Two involved:

a.  One kilogram or more of a mixture or substance containing a detectable amount of heroin, and/or five kilograms or more of a mixture or substance containing a detectable amount of cocaine, and/or one-thousand kilograms or more of a mixture or substance containing a detectable amount of marijuana?

_____✓_____ Yes          _____ No

If you answered Yes to Question IIa, proceed to Question III. If you answered No to Question IIa, proceed to Question IIb.

b.  One-hundred grams or more of a mixture or substance containing a detectable amount of heroin, and/or five-hundred grams or more of a mixture or substance containing a detectable amount of cocaine, and/or one-hundred kilograms or more of a mixture or substance containing a detectable amount of marijuana?

_____ Yes          _____ No

If you answered Yes to Question IIb, proceed to Question III. If you answered No to Question IIb, proceed to Question IIc.

97

c.    Less than one-hundred grams or more of a mixture or substance containing a detectable amount of heroin, and/or less than five-hundred grams or more of a mixture or substance containing a detectable amount of cocaine, and/or fifty kilograms or more of a mixture or substance containing a detectable amount of marijuana?

_____ Yes          _____ No

If you answered Yes to Question IIc, proceed to Question III. If you answered No to Question IIc, proceed to Question IId.

d.    Less than fifty kilograms of a mixture or substance containing a detectable amount of marijuana?

_____ Yes          _____ No

Proceed to Question III.

III.    Does the Jury unanimously find beyond a reasonable doubt that JOSE GUADALUPE DIAZ DIAZ knew or reasonably should have known that the scope of the Conspiracy to Import a Controlled Substance with Intent to Distribute charged in Count Three involved at least the amount that the Jury selected in Question II?:

____✓____ Yes          _____ No

## COUNT FOUR

Conspiracy to Launder Monetary Instruments

As to the charge of Conspiracy to Launder Monetary Instruments, we the Jury unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

____✓____ Guilty          _____ Not Guilty

98

## COUNT FIVE

Conspiracy to Kill Persons in a Foreign Country

As to the charge of Conspiracy to Kill Persons in a Foreign Country, we the Jury unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

__✓__ Guilty          _____ Not Guilty

## COUNT SIX

Murder Resulting from the Use and Carrying of Firearms During and in Relation to Drug Trafficking

As to the charge of Murder of Leslie Ann Enriquez Catton Resulting from the Use and Carrying of Firearms During and in Relation to Drug Trafficking, we the Jury unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

__✓__ Guilty          _____ Not Guilty

## COUNT SEVEN

Murder Resulting from the Use and Carrying of Firearms During and in Relation to Drug Trafficking

As to the charge of Murder of Arthur Redelfs Resulting from the Use and Carrying of Firearms During and in Relation to Drug Trafficking, we the Jury unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

__✓__ Guilty          _____ Not Guilty

99

## COUNT EIGHT

Murder Resulting from the Use and Carrying of Firearms During and in Relation to Drug
Trafficking

As to the charge of Murder of Jorge Alberto Salcido Ceniceros Resulting from the Use and
Carrying of Firearms During and in Relation to Drug Trafficking, we the Jury unanimously find
beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

_____ Guilty          _____ Not Guilty

## COUNT NINE

Murder In Aid of Racketeering Activity

As to the charge of Murder of Leslie Ann Enriquez Catton in Aid of Racketeering Activity, we
the Jury unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

_____ Guilty          _____ Not Guilty

## COUNT TEN

Murder In Aid of Racketeering Activity

As to the charge of Murder of Arthur Redelfs in Aid of Racketeering Activity, we the Jury
unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

_____ Guilty          _____ Not Guilty

## COUNT ELEVEN

Murder In Aid of Racketeering Activity

As to the charge of Murder of Jorge Alberto Salcido Ceniceros in Aid of Racketeering Activity,
we the Jury unanimously find beyond a reasonable doubt JOSE GUADALUPE DIAZ DIAZ:

_____ Guilty          _____ Not Guilty

100

22-50951.714

Dated this 3rd day of _fehuory_, 2022, at El Paso, Texas.


_____

Foreperson

101

Record Excerpt 4

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

UNITED STATES OF AMERICA

      v.

JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka
80

      Defendant.

Case Number:  EP:10-CR-02213-KC(8)
USM Number: 42662-480

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80**,** was represented by Art Werge**.**

The defendant was found guilty on Count(s) One, Two, Three, Four, Five, Six, Seven, Eight, Nine, Ten, and Eleven of the Third Superseding Indictment after a jury verdict of guilty on February 3, 2022. Accordingly, the defendant is adjudged guilty of such Counts, involving the following offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18 U.S.C. 1962(d) and 1963(a) - Conspiracy to Conduct the Affairs of an Enterprise through a Pattern of Racketeering | March 2, 2011 | One |
| 21 U.S.C. 846, 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(A)(ii), and 841(b)(1)(A)(vii) - Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Heroin, 5 Kilograms or More of Cocaine and 1,000 Kilograms or More of Marijuana | March 2, 2011 | Two |
| 21 U.S.C. 963, 952, 960(b)(1)(A), 960(b)(1)(B), and 960(b)(1)(G) - Conspiracy to Import One Kilogram or More of Heroin, 5 Kilograms or More of Cocaine and 1,000 Kilograms or More of Marijuana | March 2, 2011 | Three |
| 18 U.S.C. 1956(a)(1)(A)(i), 1956(a)(1)(B)(i),1956(a)(1)(B)(h) - Conspiracy to Launder Monetary Instruments | March 2, 2011 | Four |
| 18 U.S.C. 956(a)(1) and 956(2)(A) - Conspiracy to Kill Persons in a Foreign Country | March 13, 2010 | Five |
| 18 U.S.C. 924(c), 924(j)(1), and 2 - Murder Resulting from the Use and Carrying of Firearms During and in Relation to Crimes of Violence and Drug Trafficking (Leslie Ann Enriquez Catton) | March 13, 2010 | Six |
| 18 U.S.C. 924(c), 924(j)(1), and 2 - Murder Resulting from the Use and Carrying of Firearms During and in Relation to Crimes of Violence and Drug Trafficking (Arthur Redelfs) | March 13, 2010 | Seven |
| 18 U.S.C. 924(c), 924(j)(1), and 2 - Murder Resulting from the Use and Carrying of Firearms During and in Relation to Crimes of Violence and Drug Trafficking (Jorge Alberto Salcido Ceniceros) | March 13, 2010 | Eight |
| 18 U.S.C. 1959(a)(1) and 2 - Murder in Aid of Racketeering Activity (Leslie Ann Enriquez Catton) | March 2, 2011 | Nine |

DEFENDANT:        JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80
CASE NUMBER:      EP:10-CR-02213-KC(8)

| | | |
|---|---|---|
| 18 U.S.C. 1959(a)(1) and 2 - Murder in Aid of Racketeering Activity (Arthur Redelf) | March 13, 2010 | Ten |
| 18 U.S.C. 1959(a)(1) and 18 U.S.C. 2 - Murder in Aid of Racketeering Activity (Jorge Alberto Salcido Ceniceros) | March 13, 2010 | Eleven |

      As pronounced on October 24, 2022, the defendant is sentenced as provided in pages 2 through 9 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

      It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

      SIGNED this 30th day of October, 2022.


KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

DEFENDANT:         JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80
CASE NUMBER:      EP:10-CR-02213-KC(8)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of Life as to each of counts one, two, three, five, nine, ten, and eleven to be served concurrently; Two Hundred Forty (240) months as to count four to be served concurrently; and Life as to each of counts six, seven, and eight to be served consecutively.

The defendant shall remain in custody pending service of sentence.

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

_____

at      Defendant delivered on  _____  to  _____

_____ , with a certified copy of this Judgment.

United States Marshal

By  _____

Deputy Marshal

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case

Judgment -- Page 4 of 9

DEFENDANT: JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80
CASE NUMBER: EP:10-CR-02213-KC(8)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on non-reporting supervised release for a term of five years as to each of counts one, two, three, four, five, six, seven, eight, nine, ten, and eleven to be served concurrently.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special and/or additional conditions on the attached pages that have been adopted by this Court.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. You shall submit to the collection of a DNA sample from you at the direction of the United States Probation Office if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
6. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. (*check if applicable*)
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

22-50951.728

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case

Judgment -- Page 5 of 9

DEFENDANT:        JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80
CASE NUMBER:      EP:10-CR-02213-KC(8)

## STANDARD CONDITIONS OF SUPERVISED RELEASE

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature     _____    Date   _____

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case

Judgment -- Page 6 of 9

DEFENDANT:      JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80
CASE NUMBER:    EP:10-CR-02213-KC(8)

## SPECIAL CONDITIONS OF SUPERVISED RELEASE

__X__      If ordered deported from the United States, the defendant must remain outside the United States. If the defendant re-enters the United States or is released from confinement or not departed, he or she must report to the nearest probation office within 72 hours and the defendant shall be placed on reporting supervised release.

DEFENDANT:        JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80
CASE NUMBER:      EP:10-CR-02213-KC(8)

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

NOT APPLICABLE.

AO 245B (Rev. TXW 09/19) Judgment in a Criminal Case

Judgment -- Page 8 of 9

DEFENDANT:         JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80
CASE NUMBER:      EP:10-CR-02213-KC(8)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

        The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, Attn: Mail Log, Albert Armendariz, Sr. United States Courthouse, 525 Magoffin Avenue, Suite 105, El Paso, TX, 79901 or online by Debit (credit cards not accepted) or ACH payment (direct from Checking or Savings Account) through Pay.gov (link accessible on the landing page of the U.S. District Court's Website). **Your mail-in or online payment must include your case number in the exact format of DTXW310CR002213-008 to ensure proper application to your criminal monetary penalty**. The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS:** | $1,100.00 | $998,840.21 | $.00 | $.00 | $.00 |

### Special Assessment

        It is ordered that the defendant shall pay to the United States a special assessment of $1,100.00.

### Fine

        The fine is waived because of the defendant's inability to pay.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

    If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

    The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

    Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

    Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

    * Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.

    ** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

22-50951.732

DEFENDANT: JOSE GUADALUPE DIAZ DIAZ aka Zorro aka 79 aka 80
CASE NUMBER: EP:10-CR-02213-KC(8)

## Restitution - Jointly and Severally

The defendant shall pay restitution in the amount of $998,840.21 at a rate of not less than $50.00 per month. The defendant will also apply 15% percent of any annual federal and/or state income tax refund toward payment of the restitution. The defendant will not change exemptions claimed for either federal or state income tax purposes without prior notice to the supervising probation officer. The restitution shall be paid through the Clerk, U.S. District Court, for distribution to the payee(s). Payment of this sum shall begin immediately. No further payment shall be required after the sum of the amounts actually paid by the defendants/participants Jose Antonio Acosta Hernandez (2), Arturo Gallegos Castrellon (5), Ricardo Valles De La Rosa (6), Martin Perez Marrufo (9) and Joel Abraham Caudillo-Caudillo (12) have fully covered all the compensable injuries.

The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution herein and may order such payment in the future. The defendant shall cooperate fully with the U.S. Attorney and the U.S. Probation Office to make payment in full as soon as possible.

The Court directs the United States Probation Office to provide personal identifier information of victims by submitting a "reference list" under seal Pursuant to E-Government Act of 2002 to the District Clerk within ten (10) days after the criminal Judgment has been entered.

| Name of Payee | Amount of Restitution |
|---|---|
| See Reference List | $998,840.21 |

Record Excerpt 5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-10-CR-2213-KC |
| | § | |
| JOSE GUADALUPE DIAZ DIAZ (8) | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES JUDGE MONTALVO:

**JOSE GUADALUPE DIAZ DIAZ** (herein referred to as MR. DIAZ), in the above-entitled and numbered cause, and pursuant to Federal Rule of Appellate Procedure 4(b), hereby gives the Court notice of his intent to appeal his sentence. This notice is filed within 14 days of the entry of his judgment. Fed. R. App. P. 4

The defendant was sentenced on October 24, 2022. The Court entered the Judgment and Commitment on October 31, 2022. [ECF 2172]. Mr. Diaz respectfully requests the appointment of an appellate attorney.

Respectfully submitted,

*/s/ Art Werge*
Arthur V. Werge
Attorney for Defendant
SBN 24075848
1413 Montana Ave.,
El Paso, Texas 79902
(915) 204-2582
Email: wergelaw@gmail.com

22-50951.734

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appeal was served on all parties using the ECF system, and that the DOJ Trial Attorneys are registrants, were served on this the 31th day of October 2022.


*/s/ Art Werge___*
Arthur V. Werge

## CERTIFICATE OF SERVICE

I certify that on April 10, 2023, I electronically filed these Record Excerpts
with the Clerk of Court using the CM/ECF system which will send notification of
the filing to Assistant U.S. Attorney Joseph H. Gay Jr. via email.

By: ___*/s/ Philip J. Lynch*___
Attorney for Defendant-Appellant